1  Marc J. Randazza, Esq. SBN 269535
   Randazza Legal Group
2  302 Washington Street, Suite 321
   San Diego, CA 92103
3  619-866-5975
   619-866-5976 fax
4  mjr@randazza.com

5  Attorney for Plaintiff
   LIBERTY MEDIA HOLDINGS, LLC
6

```
FILED

AUG 3 1 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

7

8            UNITED STATES DISTRICT COURT

9       SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

10  LIBERTY MEDIA HOLDINGS, LLC      )  Case No. 10 CV 1 80 9 WQH      BLM
    A California Corporation          )
11                                    )  COMPLAINT FOR DAMAGES AND
                                      )  INJUNCTIVE RELIEF
12          Plaintiff,                )
                                      )  1) CYBERPIRACY –
13      vs.                           )  15 U.S.C. § 1125(d);
                                      )  2) TRADEMARK INFRINGEMENT
14  JAMES MARCH, individually; PERRY  )  (UNFAIR COMPETITION AND FALSE
    SJOGREN, individually; DI S.A, a foreign )  DESIGNATION OF ORIGIN) –
15  corporation; CORBINFISHERAW.COM, a )  15 U.S.C. § 1125(a);
    Washington Corporation;           )  3) WILLFUL TRADEMARK
16  CORBINFISHERRAW.COM, a Washington )  INFRINGEMENT –
    corporation; ABOVE.COM DOMAIN     )  15 U.S.C. § 1114(1)
17  PRIVACY, a foreign corporation; DOMAINS )
    BY PROXY, INC., an Arizona Corporation; )
18  PRIVACYPROTECT.ORG; ADRUSH MEDIA, )
    a foreign corporation; NAMEVIEW, INC. a )
19  foreign corporation; MYCLICKTO.COM, a )
    California corporation; WHOISPROTECTOR, )
20  INC., an Illinois corporation; DIRECT )
    PRIVACY ID 826C9; WHOIS PRIVACY  )
21  PROTECTION SERVICES, INC., a Washington )
    Corporation; and DOES 1-500       )
22                                    )
            Defendants.               )
23  _____)

24

25      Plaintiff, Liberty Media Holdings, LLC, a California Corporation (hereinafter "Liberty" or

26  "Plaintiff") files this Complaint against multiple Defendants for violations of Liberty's intellectual

27  property rights, namely Liberty's trademarks, which are being infringed upon by multiple

28  cybersquatters, and alleges as follows:

                                      1

# I.   INTRODUCTION

1.     The Plaintiff is the victim of a widespread campaign by individual and corporate "cybersquatters" – individuals who register and/or use domain names that are confusingly similar to the trademarks, registered or otherwise, of their targets.  They do so to profit either from selling the domain names on the domain name after-market, using the domain names to earn click-through advertising fees, or merely to divert a certain percentage of traffic, otherwise destined to arrive at the Plaintiff's website, to other websites.  The Defendants in this action have all targeted Liberty's trademark CORBIN FISHER®, and are diverting traffic from Liberty's website to their own websites or to other websites.

2.     This action seeks injunctive relief and damages against these multiple Defendants for their willful infringement of the Plaintiff's niche-famous trademarks.  The Plaintiff seeks injunctive relief to transfer ownership of the infringing domain names to the Plaintiff's control, and the Plaintiff seeks to impose the maximum statutory damages award of $100,000 per infringing domain name upon each Defendant for each domain registered and/or used, as provided for in 15 U.S.C. § 1125(d), otherwise known as the Anti-Cybersquatting Consumer Protection Act (15 U.S.C. § 1125(d) (hereinafter, "ACPA").

3.     Furthermore, given the Defendants' clear willful infringement, the Plaintiff asks this Court to determine that this is an "exceptional case," warranting the award of the Plaintiff's attorney fees.

# II.   JURISDICTION AND VENUE

4.     This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.

5.     This Court has personal jurisdiction over the Defendants, who have engaged in business activities in and directed to this district, and have committed a tortious act within this district.

6.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as a substantial part of the events or omissions giving rise to the claims pled herein occurred in this district.

7. The Defendants have all targeted their conduct toward a known forum resident LLC and have done so with the knowledge that the harm from their conduct would be felt in this jurisdiction. Thus they are properly subject to jurisdiction in California and the California long arm statute. Cal. Code Civ. P. § 410.10.

8. Some of the Defendants are foreign citizens over whom jurisdiction is proper pursuant to Fed. R. Civ. P. 4 (k)(2).

### III.   THE PARTIES

9. Plaintiff Liberty is a California limited liability company.

10. Liberty operates a network of websites under the CORBIN FISHER mark, including CorbinFisher.com, which provides services of interest to the adult entertainment community.

### THE DEFENDANTS

11. There are two classes of defendants in this case, A) actual domain registration holders, and B) domain registration identity masking services.

#### A. Actual Domain Registration Holder Defendants

##### 1. James March

12. James March ("MARCH") is believed to be a resident of Sacramento, California. See Exhibit 1.

13. On information and belief, "James March" may be an alias or a false name, in which case the Plaintiff will seek leave to amend this complaint to reflect the true responsible party's name after the discovery process reveals his true identity.

14. MARCH registered and used the following domain names with a bad faith intent to profit from such registration or use:

    a.    wwwcorbinfisher.com (See Exhibit 1).

15. MARCH has registered this domain name with ENOM, INC.  See Exhibit 2.

##### 2. Perry Sjogren

16. Perry Sjogren  ("SJOGREN") is believed to be a resident of Seattle, Washington. Exhibit 3.

17.     On information and belief, "Perry Sjogren" may be an alias or a false name, in which case the Plaintiff will seek to amend this complaint to reflect the true responsible party's name after the discovery process reveals his true identity.

18.     SJOGREN registered and used the following domain names with a bad faith intent to profit from such registration or use:

    a.     corbinfisherporn.com (Exhibit 3).

19.     SJOGREN has registered this domain name with GODADDY.COM, INC.  Exhibit 4.

### 3. Defendant DI S.A

20.     DI S.A. is a corporation doing business in Luxembourg.  Exhibit 5.

21.     At this time, DI S.A. is the registered name holder of the following domain names, all of which were registered or used with a bad faith intent to profit from such registration or use:

    a.     Corbinfiher.com (Exhibit 5);

    b.     Corbinfiisher.com (Exhibit 6).

22.     DI S.A. has registered the domain names with Eurodns S.A. (Exhibit 7)

23.     Eurodns S.A. principal place of business is in Luxembourg.

### 4. CORBINFISHERAW.com

24.     CORBINFISHERAW.COM is a Washington corporation doing business at P.O. Box 821650 Vancouver, WA 98682, under the name "c/o CORBINFISHERAW.COM".   Exhibit 8.

25.     At this time, CORBINFISHERAW.COM is the registered name holder of the following domain names, all of which were registered or used with a bad faith intent to profit from such registration or use:

    a.     Corbinfisheraw.com (Exhibit 8).

26.     Corbinfisheraw.com has registered the name with Dotster, Inc.  (Exhibit 9).

### 5. CORBINFISHERRAW.COM

27.     Corbinfisherraw.com and is Washington corporation both doing business at P.O. Box 821650 Vancouver, WA 98682. Exhibit 10.

28.   At this time, Corbinfisherraw.com is the registered name holder of the following domain names, which wase registered or used with a bad faith intent to profit from such registration or use:

a.   Corbinfisherraw.com (Exhibit 10).

29.   This domain name is registered with Dotster, Inc.  (Exhibit 11).

**B. Domain Registration Identity Masking Service Defendants**

30.   The following Defendants are domain registration identity masking services.  This kind of service registers domain names for third parties who wish to keep their identity a secret. These services have legitimate uses, but are often (as in the instant case) used by persons involved in unlawful activity, and who seek to evade detection and liability for their actions.

31.   These Defendants act as the Registered Name Holder of domains for their customers, and then license back use of those domains to their customers.

32.   These Defendants, by virtue of a contract entered into with their respective customers to provide anonymity services, inserted the name of their own anonymity service as the listed registrant for the infringing domains, to mask the true identity of who actually had control over the infringing domain(s).

33.   The ICANN Registrar Accreditation Agreement (hereafter "ICANN Agreement") is an agreement between ICANN (a body authorized by the United States Government to regulate Internet registrations in this Country) and registrars of Internet domains.  ICANN is the Internet Corporation for Assigned Names and Numbers, and is the governing body that grants accreditation to domain name registrars including these Identity Masking Service Defendants.

34.   Even though these Defendants will likely claim that they are not the "true" Registered Name Holder of the infringing domains, the ICANN Agreement provides that in certain circumstances, parties in their position can be held responsible for the actions of underlying registrants.

35.   Paragraph 3.7.7.3 of the ICANN Agreement, "[a]ny Registered Name Holder who intends to license use of a domain name to a third party is nonetheless the Registered Name Holder of record" and is liable for all "harm caused by wrongful use of the Registered Name, unless it

1  promptly discloses the identity of the licensee to a party providing the Registered Name Holder

2  reasonable evidence of actionable harm."

3    36.    Even if the Identity Masking Service Defendants are not the actual owners in

4  interest of the infringing domain names, they are proper Defendants in this case as contributorily

5  liable for their customers' illegal cybersquatting activities.  See *Solid Host v. Name Cheap*, 2009

6  U.S. DIST LEXIS 63423 (C.D. Cal. 2009).

7                              **1. Above.com Domain Privacy**

8    1.    Above.com is a foreign corporation whose primary place of business is located in

9  Australia.

10    1.    At this time, Above.com is the registered name holder of the following domain

11  names, all of which were registered or used with a bad faith intent to profit from such registration

12  or use (Exhibit 12):

13          a.    cornbinfisher.com,

14          b.    corbimfisher.com;

15          c.    corbinfisheer.com

16          d.    corbinfissher.com

17    2.    Above.com Domain Privacy has registered the domain names with Above.com

18  PTY, Ltd.

19    37.    Above.com's principal place of business is 8 East Concourse, Beaumaris, VIC 3193,

20  Australia. Exhibit L.  Above.com's parent company, Trellian LLC, based out of the same address,

21  has a United States office at 879 West 190th Street, Suite 400, Gardena, CA 90248 and/or at 1765

22  Oak Street, Torrance, CA 90501.  Exhibit 13.

23                          **2. Privacy Service Defendant Domains By Proxy**

24    38.    Domains by Proxy is an Arizona corporation doing business at 15111 N. Hayden

25  Rd., Ste. 160, PMB 353 Scottsdale, AZ, under the name "Domains by Proxy, Inc."  Exhibit 14.

26    39.    At this time, Domains by Proxy is the registered name holder of the following

27  domain names, all of which were registered or used with a bad faith intent to profit from such

28  registration or use (See Exhibit 14):

1    a.  Abercorbinandfisher.com

2    b.  Corbin-fisher.info

3    c.  Corbinfisherwidget.com

4    d.  Corbinfisherwidgets.com

5   40.  Domains by Proxy has registered the name abercorbinandfisher.com with Wild

6 West Domains. Exhibit 15.

7   41.  Wild West Domain's principal place of business is located at 14455 N. Hayden Rd.,

8 #226, Scottsdale, AZ 85260.

9   42.  Domains by Proxy has registered names "b"-"d" listed above with Godaddy.com.

10 Exhibit 16.

11      **3. Privacy Service Defendant PrivacyProtect.org**

12   43.  PrivacyProtect.org is a corporation doing business at P.O. Box 97 Moergestel null,

13 5066 ZH, NL, under the name "PrivacyProtect.org." Exhibit 17.

14   44.  At this time, PrivacyProtect.org is the registered name holder of the following

15 domain names, all of which were registered or used with a bad faith intent to profit from such

16 registration or use (Exhibit 17):

17    a.  Ilovecorbinfisher.com

18   45.  PrivacyProtect.org has registered the name with Directi Internet Solutions, LTD.

19 d/b/a Publicdomainregistry.com.  Exhibit 18

20      **4. Privacy Service Defendant Adrush Media Holland B.V.**

21   46.  Adrush Media Holland B.V. (hereinafter Adrush) is a corporation doing business at

22 P/a Doweg 27 B Ijmuiden, CA 1976 NL, under the name "Adrush." Exhibit 19.

23   47.  At this time, Adrush is the registered name holder of the following domain names,

24 all of which were registered or used with a bad faith intent to profit from such registration or use

25 (Exhibit 19):

26    a.  Corbin-fisher.com

27   48.  Adrush has registered the name with Directnic, Ltd.  (Exhibit 20)

28

**5. Defendant Nameview, Inc., Whois Identity Shield**

49.     Nameview, Inc. is a Canada corporation doing business at 142-757 W. Hastings St. Suite 777 Vancouver, BC Canada V6C 1A1.  Exhibit 21.

50.     At this time, Nameview, Inc. is the registered name holder of the following domain names, all of which were registered or used with a bad faith intent to profit from such registration or use:

     a.     Corbingfisher.com (Exhibit 22).

51.     Nameview, Inc. has registered the name with Nameview, Inc.  Exhibit 23.

**6. Privacy Service MyClickTo.com**

52.     MyClickTo.com is a California corporation doing business at 7985 Santa Monica Blvd Suite 15, West Hollywood, CA 90046 under the name "MyClickTo.com."  Exhibit 24.

53.     At this time, MyClickTo.com is the registered name holder of the following domain names, all of which were registered or used with a bad faith intent to profit from such registration or use:

     b.     Corbinfishermovies.com  (Exhibit 24).

54.     MyClickTo.com has registered the name with Godaddy.com, Inc.  Exhibit 25.

**7. Privacy Service Defendant WhoisProtector, Inc.**

55.     WhoisProtector, Inc. is an Illinois corporation doing business at 10 N Riverside, Suite 800 Chicago, IL 60606.  Exhibit 26.

56.     At this time, WhoisProtector, Inc. is the registered name holder of the following domain names, all of which were registered or used with a bad faith intent to profit from such registration or use:

     a.     Corbinfishernews.com  (Exhibit 26).

57.     WhoisProtector has registered the name with DomainPeople, Inc.  Exhibit 27.

**8. Privacy Service Defendant Direct Privacy ID 826c9**

58.     Direct Privacy ID 826c9 is doing business at PO Box 12068 George Town, Grand Cayman KY1-1010, KY under the name "Direct Privacy ID 826c9."  Exhibit 28.

59.   At this time, Direct Privacy ID 826c9 is the registered name holder of the following domain names, all of which were registered or used with a bad faith intent to profit from such registration or use:

c.   Corbinfisherpasswords.com (Exhibit 28).

60.   Direct Privacy ID 826c9 has registered the name with Directnic, Ltd.  Exhibit 29.

**9. Privacy Service Defendant Whois Privacy Protection Service, Inc.**

61.   Whois Privacy Service, Inc. is a Washington corporation doing business at PMB 368, 14150 NE 20th St. – F1 Bellevue, WA 98007 under the name "Whois Privacy Service, Inc." Exhibit 30.

62.   At this time, Whois Privacy Service, Inc. is the registered name holder of the following domain names, all of which were registered or used with a bad faith intent to profit from such registration or use:

d.   Corbinfishers.com (Exhibit 30).

63.   Whois Privacy Protection Service has registered the names with Enom, Inc.  Exhibit 31.

## IV.   <u>BACKGROUND</u>

### A.   <u>Liberty's Valuable Trademark Rights</u>

64.   The Plaintiff has been using the CORBIN FISHER® mark in international commerce in connection with the adult entertainment industry since as early as January 2004.

65.   The Plaintiff owns overwhelming trademark rights to the mark CORBIN FISHER established by six years of continuous and widespread use on the Internet, millions of daily visitors to the CORBIN FISHER network of websites, as well as near ubiquitous recognition in the relevant channels of trade.

66.   The Plaintiff has been using "CORBIN FISHER" as a source identifier for its services since October 2003.  Exhibit 32.

67.   On August 11, 2005, Excelsior Media LLP (Liberty's predecessor in interest) applied to register the CORBIN FISHER mark, and on January 9, 2007, the United States Patent and Trademark Office issued Registration No. 3,196,073.  See Exhibit 33.

1    68.    The CORBIN FISHER mark (in connection with the adult entertainment industry)
2    can only identify the Plaintiff, and Internet users who navigate their browsers to the Infringing
3    Domains would be misled to believe that the Infringing Domains (true and correct copies of which
4    appear as Composite Exhibit 34 are in some way connected to and affiliated with the Plaintiff.

5                              **B.     Liberty's Internet Presence**

6    69.    Liberty maintains a substantial presence on the Internet.  Via the Internet, Liberty
7    advertises its products and services, transacts business with its customers, offers its customers
8    access to many of its services, and provides product support, among other things.

9    70.    In order to provide customers with easy access to its online products and services,
10   Liberty has registered a number of Internet domain names.  Many of these domain names
11   correspond to Liberty's trademarks and service marks.  Examples of such domain names are
12   <corbinfisher.com> and <corbinpays.com >.

13   71.    Each of these domain names, as well as others registered to Liberty, resolves to an
14   Liberty-created website that provides Liberty's customers with information related to Liberty's
15   products and services.  These websites generate business for Liberty and allow Liberty to maintain
16   relationships with its customers.

17                          **C.     Defendants' Wrongful Conduct**

18   72.    Defendants registered the Infringing Domain Names.

19   73.    Defendants are and/or were the user of the Infringing Domain Names.

20   74.    Defendants registered and used the Infringing Domain Names to capitalize on the
21   popularity of Liberty's online services offered in connection with Liberty's mark.

22   75.    The Defendants registered Infringing Domain Names with a bad faith intent to profit
23   from the Plaintiff's trademark.

24   76.    Defendants chose the Infringing Domain Names and commenced use of the
25   CORBIN FISHER mark in connection with its websites solely for the purpose of improperly
26   trading upon Liberty's trademark rights.

27
28

77.     The Infringing Domain Names incorporate the entirety of the Plaintiff's CORBIN FISHER trademark, consist of intentional misspellings of Liberty's mark, or consist of the Plaintiff's mark with a generic name attached thereto.

78.     The Infringing Domain Names are identical or confusingly similar to Liberty's mark.  The Infringing Domain Names do not resolve to websites owned or endorsed by Liberty. Rather, upon information and belief, many of the Infringing Domain Names resolve to websites that are controlled by the Defendants.

79.     Plaintiff is informed and believes, and on that basis alleges that the Defendants were aware of Liberty's rights in the CORBIN FISHER mark and willfully infringed upon it by registering the Infringing Domain Names.

80.     Plaintiff is informed and believes, and on that basis alleges that Defendants were aware of Liberty's rights in the CORBIN FISHER mark and willfully infringed upon those rights by using the Infringing Domain Names in a bad faith attempt to capitalize on the CORBIN FISHER mark.

81.     Defendants provide no *bona fide* services at the Infringing Domain Names, but rather send visitors into rabbit holes of links that eventually lead to other commercial websites which compete with the Plaintiff. Defendants then receive payment for each of these clicks. Defendants' Websites contain numerous advertisements for and/or hyperlinks to a variety of products and services.

82.     On information and belief, Defendants receive financial consideration for this misdirected traffic.

83.     On information and belief, through Defendants' aforementioned acts, Defendants intended to misdirect valuable Internet traffic that otherwise would have gone to the CORBIN FISHER Websites.

84.     On information and belief, through Defendants' aforementioned acts, Defendants willfully created a likelihood of confusion between the Plaintiff's services and Defendants' services offered at the Infringing Domain Names.

85.     When a person looking for Liberty website lands on one of Defendants' Websites, that person may click on one of the advertisements or hyperlinks on the site either because the person finds it easier to click advertisements or hyperlinks than to continue searching for the Liberty site, or because the person mistakenly believes that Liberty has authorized or endorsed the advertisements or hyperlinks.  In either case, the person has been diverted from the Liberty website he or she was seeking to visit, and Liberty has lost the opportunity to interact with that person.

86.     Liberty has not consented to Defendants' use of the CORBIN FISHER tradename, service mark, and/or domain name, nor has Liberty sponsored, endorsed, nor approved of the services offered and promoted by Defendants their respective Websites.

87.     Defendants are not affiliated with, or sponsored by, Liberty and have not been authorized by Plaintiff to use Liberty's mark.  Defendants have not now nor ever been authorized by Plaintiff to use or register any name or mark that includes the Liberty mark.

88.     Defendants' services consist of nothing more than misleading webpages containing links to other webpages where third party goods and services are located.

89.     Defendants use the Infringing Domain Names in a scheme to profit from the Liberty Marks in bad faith.

90.     Upon information and belief, Defendants receive payment when Internet users click on one or more links or advertisements on the websites located at the Infringing Domain Names. Defendants receive these payments from one or more advertisers, affiliate programs, and/or search engines.

91.     Defendants have done nothing to market or promote the CORBIN FISHER mark independently of the infringing services offered at Defendants' Websites.

92.     On information and belief, Defendants adopted and used the CORBIN FISHER mark and the Infringing Domain Names for the purpose of misleading and confusing the public about its association with Liberty, and trading on the goodwill, reputation, and fame of the CORBIN FISHER mark.

93.     Defendants' registration and use of the Infringing Domain Names is to primarily capitalize on the goodwill associated with Liberty's mark for profit.

94.     Defendants' infringing conduct and refusal to respect Liberty's trademark rights indicates that Defendants deliberately and willfully selected and are using a mark and a domain name similar to Liberty's famous trademark to mislead and confuse consumers into believing that Defendants' Websites are provided by, sponsored by, or approved of by CORBIN FISHER. Defendants are trading on Liberty's reputation and goodwill, and its enormous investment in the promotion of the CORBIN FISHER service mark, thus diluting the distinctive quality of the famous CORBIN FISHER mark.

95.     Defendants registered the Infringing Domain Names willfully and with bad faith intent to profit from Liberty's mark.

96.     On information and belief, Defendants knew about CORBIN FISHER, the CORBIN FISHER mark, and CORBIN FISHER's business at the time it adopted the CORBIN FISHER tradename, service mark, and the Infringing Domain Names, or was willfully blind to Liberty's trademark rights.

97.     Defendants' first commercial use of the CORBIN FISHER mark and the Infringing Domain Names occurred after Liberty's first use of the CORBIN FISHER mark in connection with its services, and years after CORBIN FISHER's common law rights had been established.

98.     Defendants' first commercial use of the CORBIN FISHER mark and the Infringing Domain Names occurred after Liberty's CORBIN FISHER mark had become famous.

99.     Defendants' promotion of its services under the Infringing Domain Names is directed at consumers of Liberty's services and is conducted through the same channels of trade as are used by Liberty to promote its services under the CORBIN FISHER mark.

100.    Defendants' use of the Infringing Domain Names, and Defendants' actions described herein are certain or likely to cause confusion, deception, and/or mistake as to: (a) the source or origin of Defendants' services; and (b) whether Liberty sponsors, endorses, or approves of Defendants or its services or is otherwise affiliated with Defendants.

101.    Defendants' use of the Infringing Domain Names and Defendants' actions described herein dilute the distinctive quality of Liberty's famous CORBIN FISHER mark.

102.   Defendants' use of the Infringing Domain Names and its actions described herein have been, and continue to be deliberate, willful, and with disregard of Liberty's rights.

103.   Defendants continuing conduct constitutes an ongoing risk that the public will be confused as to the source or origin of the services provided at the Infringing Domain Names.

104.   Liberty has sustained, and will continue to sustain, irreparable injury as a result of Defendants' conduct.  This injury is not compensable solely by the award of monetary damages. Unless Defendants are immediately restrained and enjoined from engaging in their infringing and diluting conduct, Liberty will continue to suffer irreparable injury.

### FIRST CLAIM FOR RELIEF

### Cyberpiracy – 15 U.S.C. § 1125(d)

105.   Plaintiff re-alleges and incorporates by reference, as if verbatim, each and every paragraph.

106.   This is an action under the ACPA, 15 U.S.C. § 1125(d).

107.   Each Defendant's Infringing Domain Names are confusingly similar to and/or dilutive of Liberty's famous CORBIN FISHER mark.

108.   Each Defendant has registered, has used, and/or is using the Infringing Domain Names with the bad faith intent to profit from Liberty's famous CORBIN FISHER mark.

109.   The Defendants' actions constitute a violation of the Lanham Act and the Anti-cybersquatting Consumer Protection act as codified at 15 U.S.C. § 1125(d).

110.   Liberty has been, is now, and will continue to be irreparably harmed by the Defendants' aforementioned acts, and unless enjoined by the Court, the Defendants' unauthorized use of the Infringing Domain Names will continue, and there is no adequate remedy at law for the harm caused by the acts alleged herein.

111.   The actions alleged herein to have been undertaken by the Defendants were actions that the Defendants caused to occur, were actions that the Defendants authorized, controlled, directed, or had the ability to authorize, control or direct, and/or were actions in which the Defendants assisted, participated or otherwise encouraged, and are actions for which the Defendants is liable.

112.   Pursuant to 15 U.S.C. § 1125(d)(1)(c), this Court is empowered to order the Registrar to transfer the domain names to a prevailing Plaintiff.

WHEREFORE, Liberty prays that on the First Claim for Relief, the Court issue an order:

a.   granting a preliminary and permanent injunction transferring all Infringing Domain Names and/or any other URLs that incorporate the Plaintiff's trademarks to the Plaintiff;

b.   directing each Defendant to relinquish all rights in the Infringing Domain Names and to transfer the Infringing Domain Names to the Plaintiff; and directing each Defendant to relinquish all rights in any other Internet domain names that contain the Plaintiff's marks or any other confusingly similar variation thereof;

c.   directing the relevant registrar of each of the Infringing Domain Names to transfer the Infringing Domain Names to the Plaintiff without delay;

d.   awarding Plaintiff statutory damages of $100,000 per infringing domain name registered by, used by, or trafficked by each Defendant under the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d);

e.   awarding the Plaintiff its reasonable attorneys' fees, costs of Court and disbursements incurred herein in view of Defendants' intentional and willful infringement, pursuant to 15 U.S.C. § 1117;

f.   granting the Plaintiff all other relief to which it is entitled and such other or additional relief as is just and proper.

## SECOND CLAIM FOR RELIEF

### Trademark Infringement, Unfair Competition, and False Designation of Origin

### 15 U.S.C. § 1125(a)

113.   Plaintiff re-alleges and incorporates by reference, as if verbatim, each and every paragraph.

114.   This is an action for trademark infringement, pursuant to 15 U.S.C. § 1125(a).

115.   Liberty alleges and believes that Defendants chose the Infringing Domain Names, adopted the CORBIN FISHER mark, and took the other actions alleged above, in order to cause

1   confusion or mistake, to deceive the public as to the origin, sponsorship, or approval of the services

2   of Defendants, and/or to deliberately pass off Defendants' services as those of Liberty.

3       116.    Defendants' conduct constitutes trademark infringement and unfair competition in

4   violation of 15 U.S.C. § 1125(a).

5       117.    Unless enjoined, Defendants will continue their infringing conduct.

6       118.    As a direct and proximate result of Defendants' infringing conduct, Liberty has

7   suffered and will continue to suffer irreparable injury to its business reputation and goodwill for

8   which no adequate remedy exists at law, and Liberty has lost sales, visitors and profits in an

9   amount not yet fully ascertained.

10      119.    Defendants' conduct complained of herein is malicious, fraudulent, knowing,

11  willful, and deliberate, entitling Liberty to an accounting of Defendants profits, increased damages,

12  and an award of it's attorneys' fees and costs incurred in prosecuting this action under 15 U.S.C. §

13  1117.

14      WHEREFORE, Liberty prays that on the Second Claim for Relief, the Court issue an order:

15      a.      granting a preliminary and permanent injunction restraining Defendants and any and

16              all individuals or entities acting in concert or participation with them, from using in

17              connection with any product or service or the manufacture, importation, exportation,

18              sale, offering for sale, distribution, advertising, promotion, labeling, or packaging of

19              any product or service, or for using for any commercial purpose whatsoever: (1) the

20              designation CORBIN FISHER; (2) the Infringing Domain Names and/or any other

21              URLs that incorporate the Plaintiff's trademarks; (3) any other designation that is

22              likely to cause dilution of the distinctiveness of the Plaintiff's trademarks or injury

23              to the Plaintiff's business reputation; or (4) any other name, mark, or term likely to

24              cause mistake in the mind of the public or to deceive the public into the belief that

25              Defendants' businesses and/or products and/or services are in any way associated

26              with or related to Liberty or its products and/or services; (5) engaging in any non-

27              privileged activities that are calculated to, or reasonably likely to, interfere with the

28              business relationships, existing or prospective, between Liberty and its customers.

b.     directing Defendants to relinquish all rights in the Infringing Domain Names and to transfer the Infringing Domain Names to Plaintiff, Liberty; and directing Defendants to relinquish all rights in any other Internet domain names that contain the term "CORBIN FISHER" or any other confusingly similar variation thereof;

c.     directing Defendants to account to the Plaintiff for any and all gains, profits, and advantages derived by Defendants from the sale of products or services through the use of the infringing mark or the Infringing Domain Names;

d.     awarding Liberty a monetary judgment against Defendants for the maximum damages allowable pursuant to 15 U.S.C. § 1114(1), 15 U.S.C. § 1117, 15 U.S.C. § 1125(a);

e.     trebling the amount of such award on account of Defendants' willful, intentional, and bad faith conduct pursuant to 15 U.S.C. § 1117;

f.     awarding the Plaintiff its reasonable attorneys' fees, costs of Court and disbursements incurred herein in view of Defendants' intentional and willful infringement, pursuant to 15 U.S.C. § 1117;

g.     granting the Plaintiff all other relief to which it is entitled and such other or additional relief as is just and proper.

### THIRD CLAIM FOR RELIEF

### Willful Trademark Infringement

120.    Plaintiff re-alleges and incorporates by reference, as if verbatim, each and every paragraph.

121.    This is an action for declaratory and injunctive relief and damages pursuant to 15 U.S.C. § 1114(1).

122.    In the course of its conduct of business, Liberty's CORBIN FISHER mark has been continuously used in association with the LMH Websites. During this period, the Plaintiff's CORBIN FISHER mark and the Plaintiff's reputation has continuously grown throughout the United States and worldwide as a source of origin for services marketed under the CORBIN FISHER trademark.

123.    Liberty's mark has become associated in the minds of consumers with one of the most reputable adult-entertainment websites on the Internet, and Plaintiff enjoys the benefit of the ever-increasing fame and goodwill associated with the CORBIN FISHER mark, as a result of its efforts and industry.

124.    Defendants' aforementioned acts constitute willful infringement of the Plaintiff's CORBIN FISHER mark in violation of the Lanham Act, Section 32(1), 15 U.S.C. § 1114(1).

125.    Consumers are likely to be confused by Defendants' use and display of the Plaintiff's CORBIN FISHER mark as a component of Defendant's Infringing URLs.

126.    Consumers who navigate to the Infringing Domain Names are likely to believe that they are navigating to a site owned or endorsed by Liberty, thereby falsely designating the origin of the goods and services offered via the infringing site.

127.    Consumers, once so misled, are likely to purchase goods and services at the Infringing Domain Names, believing they are Plaintiff's or somehow affiliated with the Plaintiff, thereby resulting in a loss of sales to Liberty, blurring of the source of origin of products and services, and diluting the value of Plaintiff's CORBIN FISHER mark.

128.    The use by Defendants of Plaintiff's CORBIN FISHER mark in connection with the Infringing Domain Names is likely to cause confusion, mistake, and deception in the relevant marketplace as to the source of origin of online services delivered to the end user who accesses the Infringing Domain Names, and will continue to do so unless enjoined by this Court.

129.    By such wrongful acts Defendants has caused, and unless restrained by the Court, will continue to cause serious irreparable injury and damage to the Plaintiff and to the goodwill associated with Plaintiff's CORBIN FISHER mark, including diversion of customers, lost sales, and lost profits, blurring, tarnishment and dilution of Plaintiff's CORBIN FISHER mark.

WHEREFORE, Plaintiff prays that on the Third Claim for Relief, the Court issue an order:

e.        granting a preliminary and permanent injunction restraining Defendants and any and all individuals or entities acting in concert or participation with Defendants, from using in connection with any product or service or the manufacture, importation, exportation, sale, offering for sale, distribution, advertising, promotion,

1    labeling, or packaging of any product or service, or for using for any commercial

2    purpose whatsoever:  (1) the designation CORBIN FISHER; (2) the Infringing

3    Domain Names and/or any other URLs that incorporate the Plaintiff's CORBIN

4    FISHER mark; (3) any other designation that is likely to cause dilution of the

5    distinctiveness of the CORBIN FISHER mark or injury to the Plaintiff's business

6    reputation; or (4) any other name, mark, or term likely to cause mistake in the mind

7    of the public or to deceive the public into the belief that Defendants' business and/or

8    products and/or services are in any way associated with or related to Plaintiff or its

9    products and/or services; (5) engaging in any non-privileged activities that are

10   calculated to, or reasonably likely to, interfere with the business relationships,

11   existing or prospective, between the Plaintiff and its customers.

12   f.       directing Defendants to relinquish all rights in the Infringing Domain Names and

13           to transfer these Internet domain names to the Plaintiff, LMH; and directing

14           Defendants to relinquish all rights in any other Internet domain names that contain

15           the term "CORBIN FISHER" or any other confusingly similar variation thereof;

16   g.       directing Defendants to account to the Plaintiff for any and all gains, profits, and

17           advantages derived by Defendants from the sale of products or services through the

18           use of the CORBIN FISHER mark or the Infringing Domain Names;

19   h.       awarding Plaintiff a monetary judgment against Defendants for the maximum

20           damages allowable pursuant to 15 U.S.C. § 1114(1), 15 U.S.C. § 1117, 15 U.S.C. §

21           1125(a), and 15 U.S.C. § 1125(d);

22   i.       trebling the amount of such award on account of Defendants' willful,

23           intentional, and bad faith conduct pursuant to 15 U.S.C. § 1117;

24   j.       awarding the Plaintiff its reasonable attorneys' fees, costs of Court and

25           disbursements incurred herein in view of Defendant's intentional and willful

26           infringement, pursuant to 15 U.S.C. § 1117;

27   k.       granting the Plaintiff all other relief to which it is entitled and such other or

28           additional relief as is just and proper.

1

2   Dated: August 30, 2010                    Respectfully submitted,

3

4                                             Marc J. Randazza, SBN 269535

5                                             Randazza Legal Group
                                              302 Washington Street, Suite 321
6                                             San Diego, CA 92103
                                              619-866-5975
7                                             619-866-5976 (fax)
                                              mjr@randazza.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Table of Exhibits

| Exhibit | Page No. |
|---------|----------|
| 1 | LMH-001 |
| 2 | LMH-003 |
| 3 | LMH-005 |
| 4 | LMH-007 |
| 5 | LMH-008 |
| 6 | LMH-010 |
| 7 | LMH-012 |
| 8 | LMH-016 |
| 9 | LMH-018 |
| 10 | LMH-019 |
| 11 | LMH-021 |
| 12 | LMH-023 |
| 13 | LMH-031 |
| 14 | LMH-033 |
| 15 | LMH-041 |
| 16 | LMH-042 |
| 17 | LMH-044 |
| 18 | LMH-046 |
| 19 | LMH-047 |
| 20 | LMH-048 |
| 21 | LMH-049 |
| 22 | LMH-050 |
| 23 | LMH-052 |
| 24 | LMH-053 |
| 25 | LMH-055 |
| 26 | LMH-056 |
| 27 | LMH-058 |
| 28 | LMH-059 |

| 29 | LMH-060 |
| 30 | LMH-061 |
| 31 | LMH-063 |
| 32 | LMH-064 |
| 33 | LMH-066 |
| 34 | LMH-068 |

Exhibit 1

Show Summary View                                    Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Sponsored Listings

**Broke Straight Guys**

They're hot and they're broke but most of all they are straight.

www.BrokeStraightBoys.com

**Corbin Fisher**

Hot Amateur College Men 100% Original Content!

CorbinFisher.com

**Meet A Mature Gay Daddy**

Find Mature Gay Daddys Near You. View Profiles 100% Free. Join Now!

www.GayMatureDating.com

## Whois: WwwCorbinFisher.com

Acquire this Domain Name

Search Whois Records [                    ]  Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

Related Domains For Sale or At Auction                    | 1 | More > |

CorbinHotels.com ($1,849)      CorbinGas.com ($477)       CorbinHotel.com ($499)
SandraCorbinHomes.com ($588)   HenryCorbin.com ($1,249)

Reverse Whois:  "James March" owns about **26 other domains**
Email Search:   james@strobe.org  is associated with about **14 domains**

Registrar History:  **2 registrars** with 1 drop.
NS History:  **9 changes** on 4 unique name servers over 3 years.
IP History:  **8 changes** on 6 unique name servers over 5 years.
Whois History:  **26 records** have been archived since 2007-06-03 .
Reverse IP:  **4 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!  Download Now>**

Contact:  james@strobe.org

Domain name: wwwcorbinfisher.com

Registrant Contact:

    James March ()

    Fax:
    123 ABC lane
    Sacramento, CA 99889
    US

Administrative Contact:

    James March  ( james@strobe.org  )

    +1.2342342342
    Fax:
    123 ABC lane
    Sacramento, CA 99889
    US

| | Country TLDs | General TLDs |
| ☐ | WwwCorbinFisher.at | Buy |
| ☐ | WwwCorbinFisher.be | Buy |
| ☐ | WwwCorbinFisher.ch | Buy |
| ☐ | WwwCorbinFisher.cn | Buy |
| ☐ | WwwCorbinFisher.co.uk | Buy |
| ☐ | WwwCorbinFisher.de | Buy |

Show all (18) >

**Buy all selected >**

LMH-001
Exhibit 1

```
Technical Contact:

    James March ( james@strobe.org  )

    +1.2342342342
    Fax:
    123 ABC lane
    Sacramento, CA 99889
    US

Status: Locked

Name Servers:
    ns1.secash.com
    ns2.secash.com

Creation date: 08 May 2005 21:26:10
Expiration date: 09 May 2011 01:26:00
```

© 2010 DomainTools, LLC All rights reserved.



LMH-002
Exhibit 1

Exhibit 2

Show Summary View

Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |

Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more>

**Power Tools:** Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert

Sponsored Listings

**Broke Straight Guys**

They're hot and they're broke but most of all they are straight.

www.BrokeStraightBoys.com

**Corbin Fisher**

Hot Amateur College Men 100% Original Content!

CorbinFisher.com

**Meet A Mature Gay Daddy**

Find Mature Gay Daddys Near You. View Profiles 100% Free. Join Now!

www.GayMatureDating.com

## Whois: WwwCorbinFisher.com

Acquire this Domain Name

Search Whois Records [                    ]   Search

Whois Record | Site Profile | Registration | Server Stats | My Whois

### Registration

**Related Domains For Sale or At Auction**   [1] [More >]

CorbinHotels.com ($1,849)   CorbinGas.com ($477)   CorbinHotel.com ($499)
SandraCorbinHomes.com ($588)   HenryCorbin.com ($1,249)

ICANN Registrar: **ENOM, INC.**
Created: 2005-05-08
Expires: **2011-05-08**
Updated: 2010-04-10
Registrar Status: **clientTransferProhibited**
Name Server: NS1.SECASH.COM (has **8 domains**)
NS2.SECASH.COM (has **8 domains**)
Whois Server: whois.enom.com
General TLDs: WwwCorbinFisher.com (registered and active website)
WwwCorbinFisher.net (never registered before)
WwwCorbinFisher.org (deleted and available again)
WwwCorbinFisher.biz (never registered before)
WwwCorbinFisher.info (never registered before)
WwwCorbinFisher.us (never registered before)

Country TLDs   General TLDs

WwwCorbinFisher.at   Buy
WwwCorbinFisher.be   Buy
WwwCorbinFisher.ch   Buy
WwwCorbinFisher.cn   Buy
WwwCorbinFisher.co.uk   Buy
WwwCorbinFisher.de   Buy

Show all (18) >

**Buy all selected >**

LMH-003
Exhibit 2

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-004
Exhibit 2

Exhibit 3

Show Summary View                                    Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |

| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Whois: CorbinFisherPorn.com                    Acquire this Domain Name

Search Whois Records [                    ]   Search

**Thumbnail:**
This domain is not resolving and is currently offline. Try again.

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

### Whois Record

Related Domains For Sale or At Auction                         [1] [More >]

SandraCorbinHomes.com ($588)    CorbinHotel.com ($499)    HenryCorbin.com ($1,249)
CorbinHotels.com ($1,849)    CorbinGas.com ($477)

Reverse Whois: **"perry sjogren"** owns about  **33 other domains**
Email Search:  **allswede@gmail.com**  is associated with about 37 domains

Registrar History:  **1 registrar**
NS History:  **2 changes** on 3 unique name servers over 3 years.
IP History:  **3 changes** on 2 unique name servers over 3 years.
Whois History:  **19 records** have been archived since **2007-12-23** .

🔖 Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!**  **Download Now>**

```
Registrant:
    perry sjogren
    2814 21st ave south
    seattle, Washington 98144
    United States

Domain Name: CORBINFISHERPORN.COM
    Created on: 18-May-07
    Expires on: 18-May-12
    Last Updated on: 19-May-10

Administrative Contact:
    sjogren, perry    allswede@gmail.com

    2814 21st ave south
    seattle, Washington 98144
    United States
    (206) 860-5143

Technical Contact:
    sjogren, perry    allswede@gmail.com

    2814 21st ave south
    seattle, Washington 98144
    United States
    (206) 860-5143

Domain servers in listed order:
    DNS.SITE5.COM
    DNS2.SITE5.COM
```

**GRAB YOUR .co.uk DOMAIN FOR ONLY €EUR / $9.00**
For indicative Purposes

Country TLDs   General TLDs

| ☐ CorbinFisherPorn.at | Buy |
| ☐ CorbinFisherPorn.be | Buy |
| ☐ CorbinFisherPorn.ch | Buy |
| ☐ CorbinFisherPorn.cn | Buy |
| ☐ CorbinFisherPorn.co.uk | Buy |
| ☐ CorbinFisherPorn.de | Buy |

Show all (18) >

**Buy all selected >**

LMH-005
Exhibit 3

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-006
Exhibit 3

Exhibit 4

Show Summary View                                        Guest| Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Whois: CorbinFisherPorn.com

Acquire this Domain Name

Search Whois Records  [                    ]  Search

**Thumbnail:**
This domain is not resolving and is currently offline. Try again.

Whois Record   Site Profile   **Registration**   Server Stats   My Whois

### Registration

**Related Domains For Sale or At Auction**                    [1] [More >]

SandraCorbinHomes.com ($588)     CorbinHotel.com ($499)        HenryCorbin.com ($1,249)
CorbinHotels.com ($1,849)        CorbinGas.com ($477)

| | |
|---|---|
| ICANN Registrar: | **GODADDY.COM, INC.** |
| Created: | 2007-05-18 |
| Expires: | **2012-05-18** |
| Updated: | 2010-05-19 |
| Registrar Status: | **clientDeleteProhibited** |
| | **clientRenewProhibited** |
| | **clientTransferProhibited** |
| | **clientUpdateProhibited** |
| Name Server: | DNS.SITE5.COM (has **99,673 domains**) |
| | DNS2.SITE5.COM (has **99,673 domains**) |
| Whois Server: | whois.godaddy.com |
| General TLDs: | CorbinFisherPorn.com  (registered and no website) |
| | CorbinFisherPorn.net  ◯ (never registered before) |
| | CorbinFisherPorn.org  ◯ (never registered before) |
| | CorbinFisherPorn.biz  ◯ (never registered before) |
| | CorbinFisherPorn.info ◯ (never registered before) |
| | CorbinFisherPorn.us   ◯ (never registered before) |

**GRAB YOUR .CO.UK DOMAIN FOR ONLY 6EUR / $9.00**

**Country TLDs**   General TLDs

☐ CorbinFisherPorn.at        Buy
☐ CorbinFisherPorn.be        Buy
☐ CorbinFisherPorn.ch        Buy
☐ CorbinFisherPorn.cn        Buy
☐ CorbinFisherPorn.co.uk     Buy
☐ CorbinFisherPorn.de        Buy

Show all (18) >

**Buy all selected >**

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-007
Exhibit 4

Exhibit 5

Show  Summary  View                                    Guest!  Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |

| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google
## GoDaddy #1 domain names
$7.99 .COM Domains - Save Today Free
Hosting, Blogcast, Email, More
GoDaddy.com


BUY DOMAINS
for only $1.99*
* Some restrictions apply Details >

# Whois: CorbinFiHer.com

Search Whois Records [                    ]   Search

**Thumbnail:**



Whois Record | Site Profile | Registration | Server Stats | My Whois

## Whois Record

CorbinFiHer.com is for sale
The owner of the domain you are researching has it listed for sale for $490.

**Buy CorbinFiHer.com now >**

**Related Domains For Sale or At Auction**          | 1 | More > |
CorbinHotel.com ($499)        HenryCorbin.com ($1,249)     SandraCorbinHomes.com ($588)
CorbinGas.com ($477)          CorbinHotels.com ($1,849)

Reverse Whois:   "DI S.A." owns about  25,170 other domains
Email Search:    domains@d-l.lu  is associated with about 25,847 domains

Registrar History:   4 registrars with 5 drops.
NS History:   22 changes on 13 unique name servers over 4 years.
IP History:   73 changes on 27 unique name servers over 5 years.
Whois History:   23 records have been archived since 2007-10-10 .
Reverse IP:   244,006 other sites hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!   Download Now>


GRAB YOUR .DE DOMAIN
FOR ONLY 4 EUR / $6.00

Country TLDs   General TLDs

| CorbinFiHer.at | Buy |
| CorbinFiHer.be | Buy |
| CorbinFiHer.ch | Buy |
| CorbinFiHer.cn | Buy |
| CorbinFiHer.co.uk | Buy |
| CorbinFiHer.de | Buy |

Show all (18) >

**Buy all selected >**

Domain: CORBINFIHER.COM
Registrar: Eurodns S.A.

Registrant:
Company: DI S.A.
Name: Administration Dom
Address: 18-20 rue Michel Rodange
City: Luxembourg
Country: LUXEMBOURG
Postal Code: 2430

Administrative Contact:
Company: DI S.A.
Name: Administration Dom
Address: 18-20 rue Michel Rodange

LMH-008
Exhibit 5

```
City: Luxembourg
Country: LUXEMBOURG
Postal Code: 2430
Phone: +35 227 225 314
Fax: +35 220 300 314
Email: domains@d-i.lu

Technical Contact:
Company: DI S.A.
Name: Administration Dom
Address: 18-20 rue Michel Rodange
City: Luxembourg
Country: LUXEMBOURG
Postal Code: 2430
Phone: +35 227 225 314
Fax: +35 220 300 314
Email: domains@d-i.lu

Original Creation Date: 2009-03-24
Expiration Date: 2011-03-23

Status:
clientTransferProhibited

Nameserver Information:
Nameserver: ns1.sedoparking.com
Nameserver: ns2.sedoparking.com
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-009
Exhibit 5

Exhibit 6

Show Summary View

Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google
**GoDaddy #1 domain names**
$7.99 .COM Domains - Save Today Free
Hosting, Blogcast, Email, More
GoDaddy.com


**BUY DOMAINS**
for only $1.99*
* Some restrictions
apply Details >

## Whois: CorbinFilshEr.com

Search Whois Records [                    ]   **Search**

**Thumbnail:**



**Whois Record**   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**CorbinFilshEr.com is for sale**
The owner of the domain you are researching has it listed for sale for $490.

**Buy CorbinFilshEr.com now >**

**Related Domains For Sale or At Auction**   | 1 | More > |
HenryCorbin.com ($1,249)   CorbinHotels.com ($1,849)   CorbinHotel.com ($499)
SandraCorbinHomes.com ($588)   CorbinGas.com ($477)

Reverse Whois: **"DI S.A." owns about  26,170 other domains**
Email Search: **domains@d-i.lu**  is associated with about 26,847 domains

Registrar History: **7 registrars** with 16 drops.
NS History: **124 changes** on 45 unique name servers over 4 years.
IP History: **63 changes** on 18 unique name servers over 6 years.
Whois History: **22 records** have been archived since 2008-01-28 .
Reverse IP: **244,006 other sites** hosted on this server.

 Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!   **Download Now>**



**Country TLDs**   **General TLDs**

| ☐ CorbinFilshEr.at 🇦🇹 | Buy |
| ☐ CorbinFilshEr.be 🇧🇪 | Buy |
| ☐ CorbinFilshEr.ch 🇨🇭 | Buy |
| ☐ CorbinFilshEr.cn 🇨🇳 | Buy |
| ☐ CorbinFilshEr.co.uk 🇬🇧 | Buy |
| ☐ CorbinFilshEr.de 🇩🇪 | Buy |

Show all (18) >

**Buy all selected >**

```
Domain: CORBINFIISHER.COM
Registrar: Eurodns S.A.

Registrant:
Company: DI S.A.
Name: Administration Dom
Address: 18-20 rue Michel Rodange
City: Luxembourg
Country: LUXEMBOURG
Postal Code: 2430

Administrative Contact:
Company: DI S.A.
Name: Administration Dom
Address: 18-20 rue Michel Rodange
```

LMH-010
Exhibit 6

```
City: Luxembourg
Country: LUXEMBOURG
Postal Code: 2430
Phone: +35 227 225 314
Fax: +35 220 300 314
Email: domains@d-i.lu

Technical Contact:
Company: DI S.A.
Name: Administration Dom
Address: 18-20 rue Michel Rodange
City: Luxembourg
Country: LUXEMBOURG
Postal Code: 2430
Phone: +35 227 225 314
Fax: +35 220 300 314
Email: domains@d-i.lu

Original Creation Date: 2009-03-23
Expiration Date: 2011-03-22

Status:
clientTransferProhibited

Nameserver Information:
Nameserver: ns1.sedoparking.com
Nameserver: ns2.sedoparking.com
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-011
Exhibit 6

Exhibit 7

Show Summary View                                    Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google
**GoDaddy #1 domain names**
$7.99 .COM Domains - Save Today Free
Hosting, Blogcast, Email, More
GoDaddy.com



## Whois: CorbinFiHer.com

Search Whois Records [                    ]   **Search**

**Thumbnail:**



Whois Record    Site Profile    Registration    Server Stats    My Whois

### Registration

CorbinFiHer.com is for sale
The owner of the domain you are researching has it listed for sale for $490.

**Buy CorbinFiHer.com now >**

**Related Domains For Sale or At Auction**          [1] [More >]

SandraCorbinHomes.com ($588)      CorbinHotels.com ($1,849)      CorbinGas.com ($477)
CorbinHotel.com ($499)      HenryCorbin.com ($1,249)

| ICANN Registrar: | EURODNS S.A |
| Created: | 2009-03-24 |
| Expires: | 2011-03-24 |
| Updated: | 2010-03-08 |
| Registrar Status: | clientTransferProhibited |
| Name Server: | NS1.SEDOPARKING.COM (has **1,821,374 domains**) |
| | NS2.SEDOPARKING.COM (has **1,821,374 domains**) |
| Whois Server: | whois.eurodns.com |
| General TLDs: | CorbinFiHer.com  (registered and active website) |
| | CorbinFiHer.net  (deleted and available again) |
| | CorbinFiHer.org  (deleted and available again) |
| | CorbinFiHer.biz  (never registered before) |
| | CorbinFiHer.info  (never registered before) |
| | CorbinFiHer.us  (never registered before) |



**Country TLDs    General TLDs**

| | CorbinFiHer.at | | Buy |
| | CorbinFiHer.be | | Buy |
| | CorbinFiHer.ch | | Buy |
| | CorbinFiHer.cn | | Buy |
| | CorbinFiHer.co.uk | | Buy |
| | CorbinFiHer.de | | Buy |

Show all (18) >

**Buy all selected >**

LMH-012
Exhibit 7

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-013
Exhibit 7

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |

Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more>

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google
## GoDaddy #1 domain names
$7.99 .COM Domains - Save Today Free
Hosting, Blogcast, Email, More
GoDaddy.com



# Whois: CorbinFilshEr.com

Search Whois Records [                    ]  Search

**Thumbnail:**



Whois Record | Site Profile | **Registration** | Server Stats | My Whois

## Registration

CorbinFilshEr.com is for sale
The owner of the domain you are researching has it listed for sale for $490.

**Buy CorbinFilshEr.com now >**

Related Domains For Sale or At Auction          [ 1 | More > ]

HenryCorbin.com ($1,249)    SandraCorbinHomes.com ($588)    CorbinHotels.com ($1,849)
CorbinGas.com ($477)    CorbinHotel.com ($499)

| | |
|---|---|
| ICANN Registrar: | EURODNS S.A |
| Created: | 2009-03-23 |
| Expires: | 2011-03-23 |
| Updated: | 2010-03-08 |
| Registrar Status: | clientTransferProhibited |
| Name Server: | NS1.SEDOPARKING.COM (has 1,821,374 domains) |
| | NS2.SEDOPARKING.COM (has 1,821,374 domains) |
| Whois Server: | whois.eurodns.com |
| General TLDs: | CorbinFilshEr.com ⊘ (registered and active website) |
| | CorbinFilshEr.net ◯ (never registered before) |
| | CorbinFilshEr.org ◯ (never registered before) |
| | CorbinFilshEr.biz ◯ (never registered before) |
| | CorbinFilshEr.info ◯ (never registered before) |
| | CorbinFilshEr.us ◯ (never registered before) |



**Country TLDs     General TLDs**

| | | |
|---|---|---|
| ☐ CorbinFilshEr.at | 🏳 | Buy |
| ☐ CorbinFilshEr.be | 🏳 | Buy |
| ☐ CorbinFilshEr.ch | 🏳 | Buy |
| ☐ CorbinFilshEr.cn | 🏳 | Buy |
| ☐ CorbinFilshEr.co.uk | 🏴 | Buy |
| ☐ CorbinFilshEr.de | 🏳 | Buy |

Show all (18) >

## Buy all selected >

LMH-014
Exhibit 7

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-015
Exhibit 7

Exhibit 8

Show Summary View                                    Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert

## Whois: CorbinFishERaw.com                     Acquire this Domain Name

Thumbnail:



Search Whois Records [                    ]   Search

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**                          [1] [ More > ]

CorbinHotel.com ($499)        CorbinGas.com ($477)        CorbinHotels.com ($1,849)
HenryCorbin.com ($1,249)      SandraCorbinHomes.com ($588)

| Registrar History: | 1 registrar |
| NS History: | 1 change on 2 unique name servers over 1 year. |
| IP History: | 1 change on 2 unique name servers over 1 years. |
| Whois History: | 13 records have been archived since 2009-01-16 . |
| Reverse IP: | 872,198 other sites hosted on this server. |

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop! Download Now>

```
Registrant:
c/o CORBINFISHERAW.COM
P.O. Box 821650
Vancouver, WA  98682
US

Registrar: DOTSTER
Domain Name: CORBINFISHERAW.COM
    Created on: 14-JAN-09
    Expires on: 15-JAN-11
    Last Updated on: 14-JAN-09

Administrative Contact:
   6hwcff@privacypost.com
   c/o CORBINFISHERAW.COM
   P.O. Box 821650
   Vancouver, WA  98682
   US
   +1.360-449-5933

Technical Contact:
   lupljn@privacypost.com
   c/o CORBINFISHERAW.COM
   P.O. Box 821650
   Vancouver, WA  98682
   US
   +1.360-449-5933

Domain servers in listed order:
   NS1.NAMERESOLVE.COM
   NS2.NAMERESOLVE.COM
   NS3.NAMERESOLVE.COM
   NS4.NAMERESOLVE.COM
```

GRAB YOUR .DE DOMAIN
FOR ONLY 4EUR / $6.00

**Country TLDs**   **General TLDs**

| ☐ CorbinFishERaw.at | Buy |
| ☐ CorbinFishERaw.be | Buy |
| ☐ CorbinFishERaw.ch | Buy |
| ☐ CorbinFishERaw.cn | Buy |
| ☐ CorbinFishERaw.co.uk | Buy |
| ☐ CorbinFishERaw.de | Buy |

Show all (18) >

**Buy all selected >**

LMH-016
Exhibit 8

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-017
Exhibit 8

Exhibit 9

Show Summary View

Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Whois: CorbinFishERaw.com

Acquire this Domain Name

**Thumbnail:**



Search Whois Records [                    ] Search

Whois Record  |  Site Profile  |  Registration  |  Server Stats  |  My Whois

### Registration

**Related Domains For Sale or At Auction**          [ 1 | More > ]

CorbinHotel.com ($499)          CorbinGas.com ($477)          CorbinHotels.com ($1,849)
HenryCorbin.com ($1,249)       SandraCorbinHomes.com ($588)

| | |
|---|---|
| ICANN Registrar: | DOTSTER, INC. |
| Created: | 2009-01-15 |
| Expires: | 2011-01-16 |
| Updated: | 2009-01-21 |
| Registrar Status: | clientDeleteProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Server: | NS1.NAMERESOLVE.COM (has 397,912 domains) |
| | NS2.NAMERESOLVE.COM (has 397,912 domains) |
| | NS3.NAMERESOLVE.COM (has 397,912 domains) |
| | NS4.NAMERESOLVE.COM (has 397,912 domains) |
| Whois Server: | whois.dotster.com |
| General TLDs: | CorbinFishERaw.com  (registered and active website) |
| | CorbinFishERaw.net  (never registered before) |
| | CorbinFishERaw.org  (never registered before) |
| | CorbinFishERaw.biz  (never registered before) |
| | CorbinFishERaw.info  (never registered before) |
| | CorbinFishERaw.us  (never registered before) |

GRAB YOUR .DE DOMAIN FOR ONLY 4EUR / $6.00*

**Country TLDs    General TLDs**

| | | |
|---|---|---|
| ☐ | CorbinFishERaw.at | Buy |
| ☐ | CorbinFishERaw.be | Buy |
| ☐ | CorbinFishERaw.ch | Buy |
| ☐ | CorbinFishERaw.cn | Buy |
| ☐ | CorbinFishERaw.co.uk | Buy |
| ☐ | CorbinFishERaw.de | Buy |

Show all (18) >

**Buy all selected >**

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.

Domaining Recommends this site

LMH-018
Exhibit 9

Exhibit 10

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google
## GoDaddy #1 domain names
$7.49 .COM Domains - Save Today Inc:
Hosting, Blogcast, Email, More
GoDaddy.com



## Whois: CorbinFisherRaw.com

Acquire this Domain Name

Search Whois Records [                    ]  **Search**

**Thumbnail:**


Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**          [ 1 ] More >

CorbinHotels.com ($1,849)    CorbinHotel.com ($499)    SandraCorbinHomes.com ($588)
CorbinGas.com ($477)    HenryCorbin.com ($1,249)

| | |
|---|---|
| Registrar History: | **1 registrar** |
| NS History: | **1 change** on 2 unique name servers over 1 year. |
| IP History: | **1 change** on 2 unique name servers over 1 years. |
| Whois History: | **15 records** have been archived since 2009-01-16 . |
| Reverse IP: | **672,198 other sites** hosted on this server. |

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!   Download Now>

```
Registrant:
   c/o CORBINFISHERRAW.COM
   P.O. Box 821650
   Vancouver, WA  98682
   US

   Registrar: DOTSTER
   Domain Name: CORBINFISHERRAW.COM
   Created on: 14-JAN-09
   Expires on: 15-JAN-11
   Last Updated on: 14-JAN-09

   Administrative Contact:
      kxptgb@privacypost.com

      c/o CORBINFISHERRAW.COM
      P.O. Box 821650
      Vancouver, WA  98682
      US
      +1.360-449-5933

   Technical Contact:
      nlcfzc@privacypost.com

      c/o CORBINFISHERRAW.COM
      P.O. Box 821650
```



**Country TLDs     General TLDs**

| | | |
|---|---|---|
| ☐ | CorbinFisherRaw.at 🏴 | Buy |
| ☐ | CorbinFisherRaw.be 🇧🇪 | Buy |
| ☐ | CorbinFisherRaw.ch 🏴 | Buy |
| ☐ | CorbinFisherRaw.cn 🏴 | Buy |
| ☐ | CorbinFisherRaw.co.uk 🇬🇧 | Buy |
| ☐ | CorbinFisherRaw.de 🏴 | Buy |

Show all (18) >

## Buy all selected >

```
    Vancouver, WA  98682
    US
    +1.360-449-5933

Domain servers in listed order:
    NS1.NAMERESOLVE.COM
    NS2.NAMERESOLVE.COM
    NS3.NAMERESOLVE.COM
    NS4.NAMERESOLVE.COM
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-020
Exhibit 10

Exhibit 11

Show Summary View                                            Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google
## GoDaddy #1 domain names
$7.49 .COM Domains - Save Today Inc:
Hosting, Blogcast, Email, More
GoDaddy.com



BUY DOMAINS for only $1.99* * Some restrictions apply Details »

## Whois: CorbinFisherRaw.com

Acquire this Domain Name

Search Whois Records [                    ]   **Search**

Whois Record    Site Profile    **Registration**    Server Stats    My Whois

### Registration

**Related Domains For Sale or At Auction**                                    [1] More >

CorbinHotels.com ($1,849)    CorbinHotel.com ($499)    SandraCorbinHomes.com ($588)
CorbinGas.com ($477)    HenryCorbin.com ($1,249)

| | |
|---|---|
| ICANN Registrar: | **DOTSTER, INC.** |
| Created: | **2009-01-15** |
| Expires: | **2011-01-15** |
| Updated: | 2009-01-21 |
| Registrar Status: | **clientDeleteProhibited** |
| | **clientTransferProhibited** |
| | **clientUpdateProhibited** |
| Name Server: | NS1.NAMERESOLVE.COM (has **397,912 domains**) |
| | NS2.NAMERESOLVE.COM (has **397,912 domains**) |
| | NS3.NAMERESOLVE.COM (has **397,912 domains**) |
| | NS4.NAMERESOLVE.COM (has **397,912 domains**) |
| Whois Server: | whois.dotster.com |
| General TLDs: | CorbinFisherRaw.com ○ (registered and active website) |
| | CorbinFisherRaw.net ○ (never registered before) |
| | CorbinFisherRaw.org ○ (never registered before) |
| | CorbinFisherRaw.biz ○ (never registered before) |
| | CorbinFisherRaw.info ○ (never registered before) |
| | CorbinFisherRaw.us ○ (never registered before) |

**Thumbnail:**




GRAB YOUR .IT DOMAIN FOR ONLY 5EUR / $7.50*

**Country TLDs    General TLDs**

| | | |
|---|---|---|
| ☐ CorbinFisherRaw.at | | Buy |
| ☐ CorbinFisherRaw.be | | Buy |
| ☐ CorbinFisherRaw.ch | | Buy |
| ☐ CorbinFisherRaw.cn | | Buy |
| ☐ CorbinFisherRaw.co.uk | | Buy |
| ☐ CorbinFisherRaw.de | | Buy |

Show all (18) >

**Buy all selected >**

LMH-021
Exhibit 11

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-022
Exhibit 11

Exhibit 12

Show Summary View                                          Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google

**Dave Fisher**
Superior options trading technology from
industry leading optionsXpress
optionsXpress.com

**GoDaddy #1 domain names**
$7.99 .COM Domains - Save Today Free
Hosting, Blogcast, Email, More
GoDaddy.com

---

## Whois: CornBinFisher.com

Acquire this Domain Name

**Thumbnail:**

Search Whois Records [                    ]   Search



Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

Related Domains For Sale or At Auction                    [ 1 ][ 2 ][ 3 ][ More > ]

CommonFisher.com ($544)     FisherStock.com ($1,000)     CharlesFisher.com ($1,475)
FisherLand.com ($1,688)     MasterFisher.com ($1,199)     DealFisher.com ($799)

| | |
|---|---|
| Reverse Whois: | **"Above.com Domain Privacy"** was found in about 581,853 other domains |
| Registrar History: | **9 registrars** with 7 drops. |
| NS History: | **66 changes** on 18 unique name servers over 4 years. |
| IP History: | **36 changes** on 19 unique IP addresses over 4 years. |
| Whois History: | **21 records** have been archived since 2007-12-24 . |
| Reverse IP: | **345,788 other sites** hosted on this server. |

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!   Download Now>

---

```
The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.Registration Service Provided By: ABOVE.COM, INC.
Contact: +613.95897946

   Domain Name: CORNBINFISHER.COM

   Registrant:
      Above.com Domain Privacy
      8 East concourse
      Beaumaris
      VIC
      3193
      AU
      cornbinfisher.com@privacy.above.com
      Tel. +61.395897946
      Fax.

   Creation date: 2008-05-07
   Expiration Date: 2011-05-07

   Domain servers in listed order:
      ns3.above.com
      ns4.above.com

   Administrative Contact:
```



**GRAB YOUR .DE DOMAIN**
**FOR ONLY 4EUR / $6.00**

Country TLDs     General TLDs

| | | |
|---|---|---|
| ☐ | CornBinFisher.at | Buy |
| ☐ | CornBinFisher.be | Buy |
| ☐ | CornBinFisher.ch | Buy |
| ☐ | CornBinFisher.cn | Buy |
| ☐ | CornBinFisher.co.uk | Buy |
| ☐ | CornBinFisher.de | Buy |

Show all (18) >

**Buy all selected >**



LMH-023
Exhibit 12

```
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        cornbinfisher.com@privacy.above.com
        Tel. +61.395897946
        Fax.

Technical Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        cornbinfisher.com@privacy.above.com
        Tel. +61.395897946
        Fax.

Billing Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        cornbinfisher.com@privacy.above.com
        Tel. +61.395897946
        Fax.
```

© 2010 DomainTools, LLC All rights reserved.



LMH-024
Exhibit 12

Show Summary View                                              Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google

**GoDaddy #1 domain names**

$7.99 .COM Domains - Save Today Free
Hosting, Blogcast, Email, More
GoDaddy.com



# Whois: CorbimFisher.com

Acquire this Domain Name

Search Whois Records [                    ]   **Search**

**Thumbnail:**



Whois Record    Site Profile    Registration    Server Stats    My Whois

## Whois Record

**Related Domains For Sale or At Auction**    [1] [2] [More >]

CorbinHotels.com ($1,849)    SandraCorbinHomes.com ($588)    BrandiCorbin.com ($300)
CorbinGas.com ($477)    CorbinHotel.com ($499)    Corbitt.us ($950)

| | |
|---|---|
| Reverse Whois: | "Above.com Domain Privacy" was found in about 581,853 other domains |
| Registrar History: | 7 registrars with 11 drops. |
| NS History: | 51 changes on 18 unique name servers over 4 years. |
| IP History: | 43 changes on 24 unique name servers over 5 years. |
| Whois History: | 16 records have been archived since 2006-12-04 . |
| Reverse IP: | 119,969 other sites hosted on this server. |

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own
desktop! Download Now>**

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.Registration Service Provided By: ABOVE.COM, INC.
Contact: +613.95897946

    Domain Name: CORBIMFISHER.COM

    Registrant:
    Above.com Domain Privacy
    8 East concourse
    Beaumaris
    VIC
    3193
    AU
    corbimfisher.com@privacy.above.com

    Tel. +61.395897946
    Fax.

Creation date: 2009-11-26
Expiration Date: 2010-11-26

Domain servers in listed order:
    ns3.above.com
    ns4.above.com



**Country TLDs    General TLDs**

| | |
|---|---|
| ☐ CorbimFisher.at | Buy |
| ☐ CorbimFisher.be | Buy |
| ☐ CorbimFisher.ch | Buy |
| ☐ CorbimFisher.cn | Buy |
| ☐ CorbimFisher.co.uk | Buy |
| ☐ CorbimFisher.de | Buy |

Show all (18) >

**Buy all selected >**

LMH-025
Exhibit 12

```
Administrative Contact:
    Above.com Domain Privacy
    8 East concourse
    Beaumaris
    VIC
    3193
    AU
    corbimfisher.com@privacy.above.com

    Tel. +61.395897946
    Fax.

Technical Contact:
    Above.com Domain Privacy
    8 East concourse
    Beaumaris
    VIC
    3193
    AU
    corbimfisher.com@privacy.above.com

    Tel. +61.395897946
    Fax.

Billing Contact:
    Above.com Domain Privacy
    8 East concourse
    Beaumaris
    VIC
    3193
    AU
    corbimfisher.com@privacy.above.com

    Tel. +61.395897946
    Fax.
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-026
Exhibit 12

Show Summary View                                Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert

## Whois: CorbinFisHeer.com                      Acquire this Domain Name

Search Whois Records [                    ]   **Search**

**Thumbnail:**



Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**                          [ 1 ] **More >**

HenryCorbin.com ($1,249)        CorbinGas.com ($477)           SandraCorbinHomes.com ($588)
CorbinHotel.com ($499)          CorbinHotels.com ($1,849)

| | |
|---|---|
| Reverse Whois: | **"Above.com Domain Privacy"** was found in about 581,853 other domains |
| Registrar History: | **3 registrars** with 3 drops. |
| NS History: | **20 changes** on 14 unique name servers over 2 years. |
| IP History: | **32 changes** on 12 unique name servers over 3 years. |
| Whois History: | **18 records** have been archived since **2008-12-03** . |
| Reverse IP: | **346,788 other sites** hosted on this server. |

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!   **Download Now>**


MORE THAN A DOMAIN NAME!
TEL ONLY 7EUR / $8.00*

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.Registration Service Provided By: ABOVE.COM, INC.
Contact: +613.95897946

    Domain Name: CORBINFISHEER.COM

    Registrant:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        corbinfisheer.com@privacy.above.com
        Tel. +61.395897946
        Fax.

    Creation date: 2008-06-10
    Expiration Date: 2011-06-10

    Domain servers in listed order:
        ns3.above.com
        ns4.above.com

    Administrative Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        corbinfisheer.com@privacy.above.com

**Country TLDs     General TLDs**



| | | |
|---|---|---|
| ☐ | CorbinFisHeer.at | Buy |
| ☐ | CorbinFisHeer.be | Buy |
| ☐ | CorbinFisHeer.ch | Buy |
| ☐ | CorbinFisHeer.cn | Buy |
| ☐ | CorbinFisHeer.co.uk | Buy |
| ☐ | CorbinFisHeer.de | Buy |

Show all (18) >

**Buy all selected >**

LMH-027
Exhibit 12

```
            Tel. +61.395897946
            Fax.

    Technical Contact:
            Above.com Domain Privacy
            8 East concourse
            Beaumaris
            VIC
            3193
            AU
            corbinfisheer.com@privacy.above.com

            Tel. +61.395897946
            Fax.

    Billing Contact:
            Above.com Domain Privacy
            8 East concourse
            Beaumaris
            VIC
            3193
            AU
            corbinfisheer.com@privacy.above.com

            Tel. +61.395897946
            Fax.
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-028
Exhibit 12

Show Summary View                                         Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Whois: CorbinFiSshEr.com

Acquire this Domain Name

**Thumbnail:**



Search Whois Records [_____]   Search

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

### Whois Record

Related Domains For Sale or At Auction                    [1] [More >]
SandraCorbinHomes.com ($588)    CorbinHotels.com ($1,849)    CorbinGas.com ($477)
CorbinHotel.com ($499)    HenryCorbin.com ($1,249)

| | |
|---|---|
| Reverse Whois: | **"Above.com Domain Privacy" was found in about 581,853 other domains** |
| Registrar History: | **8 registrars** with 12 drops. |
| NS History: | **71 changes** on 22 unique name servers over 4 years. |
| IP History: | **41 changes** on 14 unique name servers over 5 years. |
| Whois History: | **22 records** have been archived since **2008-01-26** . |
| Reverse IP: | **345,788 other sites** hosted on this server. |

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop! Download Now>**

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.Registration Service Provided By: ABOVE.COM, INC.
Contact: +613.95897946

    Domain Name: CORBINFISSHER.COM

    Registrant:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        corbinfissher.com@privacy.above.com

        Tel. +61.395897946
        Fax.

    Creation date: 2009-05-06
    Expiration Date: 2011-05-06

    Domain servers in listed order:
        ns3.above.com
        ns4.above.com

    Administrative Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        corbinfissher.com@privacy.above.com





**Country TLDs**   General TLDs

| | | |
|---|---|---|
| ☐ | CorbinFiSshEr.at | Buy |
| ☐ | CorbinFiSshEr.be | Buy |
| ☐ | CorbinFiSshEr.ch | Buy |
| ☐ | CorbinFiSshEr.cn | Buy |
| ☐ | CorbinFiSshEr.co.uk | Buy |
| ☐ | CorbinFiSshEr.de | Buy |

Show all (18) >

**Buy all selected >**

LMH-029
Exhibit 12

```
              Tel. +61.395897946
              Fax.

Technical Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        corbinfissher.com@privacy.above.com

              Tel. +61.395897946
              Fax.

Billing Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        corbinfissher.com@privacy.above.com

              Tel. +61.395897946
              Fax.
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-030
Exhibit 12

Exhibit 13

 **Above**.com

# Domain Parking Manager

Parking Manager   **Domain Registrar**                    **Above Blog   About Us   Contact Us**

## About Above.com

Above.com Pty Ltd a Trellian™ Company, provides a complete domain parking management solution to maximize your parking revenues and productivity when using multiple parking services.

In every portfolio there will always be a percentage of domains where one parking service outperforms all others. Hence utilizing multiple parking companies will dramatically increase your revenues if done right.

The main problems to date has been that:

- Running tests on new parking services, usually results in loss of revenues, as it takes time for parking services to learn and optimize their landing pages.
- Some domains perform better, whereas others perform worse, if only you could move just the domains that would do better... but which ones are they?
- Changing the DNS every time you wish to do a test can be time consuming and difficult, especially if you have domains with multiple registrars. Only to have to change it back a week later when the test is completed and the results are not better overall.
- Making sense from the reporting that each parking company provides is a logistic nightmare. Do they even provide Real and Complete traffic statistics? Plus the more services you use the harder it is.
- Making timely changes, when one parking service has issues, or a domain is blacklist, or stops paying is far too time consuming and not fast enough. Parking revenues are being wasted!

So in order to address these main issues and more, the Above.com Domain Parking Manager was created.

So while the Engines and Parking Services are paying less and less, you need to maximize the returns on your domains quickly and in a safe way.

If you are considering testing a new parking service, we strongly recommend using the Above Parking Manager Service to minimize on domain revenue losses and instead see greater profits from the domains that do perform better at each respective service.

If by chance you have already done a test in the past that did not go well, there is some good news, as the Above Parking Manager will learn from your prior test results to quickly identify which domains did in fact do better and start moving only those domains over.

**Simply, a must tool for every domain portfolio holder, large and small.**

Contact Details Above.com Pty Ltd 8 East Concourse Beaumaris VIC 3193 Australia

Media Inquiries and for full contact details please click here.

If you are interested in making more from your Parked Domains, Sign up for a Free Account now!.

**Login Username:**

**Password:**
[          ] [Login]

Create a new login account.
Retrieve lost password.

---

Above.com wins the
**"Best New Monetizing Solution"**
Awarded at T.R.A.F.F.I.C 2009
as Voted by Domainers!

---

**Testimonials**

*"Thanks to the above.com system,
it's minimized my work and increased
my revenues"*
Soroosch Aidun

---

 Above.com is an
ICANN Accredited Registrar

**Domain Parking Manager:** About | Features | Reporting | Terms | Testimonials
**Domain Registrar:** Register Domains | Manage Domains | Dispute Policy | Terms | Whois
Above.com Pty Ltd © 2004-2010 All Rights Reserved - About | Blog | Contact Us | Escrow | Sitemap | Affiliates |
Privacy Policy

LMH-031
Exhibit 13



| Competitive Intelligence | Keyword Discovery | Paid Inclusion | Need More Hits | SEO Software | | Products | Download | Support | Order |

Home | About us >> Trade Shows | Employment | Affiliate Program | Contact us | Support

# Trellian - Contact Information

If you would like to contact Trellian via email, please use the form below.
Fields marked with an asterisk (*) are required.

**Department:** *  [ Please Select: ▾ ]

**Name:** *  [                              ]

**Email:** *  [                              ]

**Message:** *  [                              ]

[ Send ]

All information is kept confidential and is used for internal purposes only.
Please view our our Privacy Statement.

## Forum Authorization Code

Please enter this code on forum registration (Authorization Code field): **hp37ejz0**

**Trellian Limited** - Head Office
6-8 East Concourse
BEAUMARIS, VIC 3193
AUSTRALIA
**Phone:** + 61-3-9589-7946
**Fax:** + 61-3-9589-7951

Our head office is open from
9 am to 5 pm
Monday to Friday, Australian
Eastern Standard Time.

**Trellian - USA Office**
Suite 442
879 West 190th Street
Gardena, CA 90248
USA
Phone: 310 483 7170

**Trellian France SAS**
229 rue Solferino
59000 Lille
FRANCE
Phone: +33 (0) 361 08 01 43
**European Office :**
  - CH : +41 (0)22 533 0810
  - BE : +32 (0)2 808 0384
  - UK : +44 (0)207 1830 748
  - DE : +49 (0)89 121409177
  - NL : +31 (0)20 8903695

Copyright © 1997 - 2010 Trellian - All Rights Reserved.

LMH-032
Exhibit 13

Exhibit 14

Show Summary View

Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google
## San Diego Coupons
1 ridiculously huge coupon a day. Like doing San Diego at 90% off!
www.Groupon.com/San-Diego


BUY DOMAINS for only $1.99*
* Some restrictions apply  Details >

# Whois: AberCorbinAndFisher.com

Acquire this Domain Name

Search Whois Records  [                    ]  Search

**Thumbnail:**
This domain is not resolving and is currently offline. Try again.

Whois Record | Site Profile | Registration | Server Stats | My Whois

## Whois Record

### Related Domains For Sale or At Auction                    [ 1 ] [ More > ]
SandraCorbinHomes.com ($588)   CorbinGas.com ($477)      HenryCorbin.com ($1,249)
CorbinHotel.com ($499)         CorbinHotels.com ($1,849)

Reverse Whois:   "Domains by Proxy, Inc." owns about  835 other domains
Registrar History:  1 registrar
NS History:   2 changes on 3 unique name servers over 4 years.
IP History:   3 changes on 3 unique name servers over 3 years.
Whois History:   22 records have been archived since 2007-07-03 .

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop!   Download Now>

---

Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

Domain Name: ABERCORBINANDFISHER.COM
    Created on: 12-Dec-06
    Expires on: 12-Dec-10
    Last Updated on: 19-Jan-09

Administrative Contact:
    Private, Registration   abercorbinandfisher.com@domainsbyproxy.com
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599       Fax -- (480) 624-2598

Technical Contact:
    Private, Registration   abercorbinandfisher.com@domainsbyproxy.com
    Domains by Proxy, Inc.


GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / $7.50
*For Indication Purposes

**Country TLDs     General TLDs**

☐ AberCorbinAndFisher.at          Buy
☐ AberCorbinAndFisher.be          Buy
☐ AberCorbinAndFisher.ch          Buy
☐ AberCorbinAndFisher.cn          Buy
☐ AberCorbinAndFisher.co.uk       Buy
☐ AberCorbinAndFisher.de          Buy
                Show all (18) >

**Buy all selected >**

LMH-033
Exhibit 14

```
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599     Fax -- (480) 624-2598

Domain servers in listed order:
  NS1.SECTOR33CREATIVE.COM
  NS2.SECTOR33CREATIVE.COM
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-034
Exhibit 14

Show Summary View

Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google

日本のモノを通販で
ユーザーズ・サイドオンライン EMSで直接お届
け！パソコン・ゲーム
www.users-side.com/



# Whois: Corbin-Fisher.info

Acquire this Domain Name

Search Whois Records [                    ] Search

**Thumbnail:**    **2000-01-01**



Queue this Domain for Update

| Whois Record | Site Profile | Registration | Server Stats | My Whois |

## Whois Record

Related Domains For Sale or At Auction    [1] [More >]

CorbinGas.com ($477)    HenryCorbin.com ($1,249)    CorbinHotels.com ($1,849)
SandraCorbinHomes.com ($588)    CorbinHotel.com ($499)

Reverse Whois: **"Domains by Proxy, Inc." owns about 835 other domains**
NS History: **18 changes** on 11 unique name servers over 3 years.
IP History: **33 changes** on 19 unique name servers over 6 years.
Whois History: **26 records** have been archived since 2007-11-19 .
Reverse IP: **24 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  **Download Now>**

```
Domain ID:D33308896-LRMS
Domain Name:CORBIN-FISHER.INFO
Created On:11-Jun-2010 15:31:54 UTC
Last Updated On:10-Aug-2010 20:35:03 UTC
Expiration Date:11-Jun-2011 15:31:54 UTC
Sponsoring Registrar:GoDaddy.com Inc. (R171-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR50053712
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242598
Registrant FAX Ext.:
Registrant Email: corbin-fisher.info@domainsbyproxy.com
```



**Country TLDs    General TLDs**

| | | |
|---|---|---|
| ☐ Corbin-Fisher.at | | Buy |
| ☐ Corbin-Fisher.be | | Buy |
| ☐ Corbin-Fisher.ch | | Buy |
| ☐ Corbin-Fisher.cn | | Buy |
| ☐ Corbin-Fisher.co.uk | | Buy |
| ☐ Corbin-Fisher.de | | Buy |

Show all (18) >

**Buy all selected >**

LMH-035
Exhibit 14

```
Admin ID:CR50053730
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242598
Admin FAX Ext.:
Admin Email: corbin-fisher.info@domainsbyproxy.com

Billing ID:CR50053736
Billing Name:Registration Private
Billing Organization:Domains by Proxy, Inc.
Billing Street1:DomainsByProxy.com
Billing Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Billing Street3:
Billing City:Scottsdale
Billing State/Province:Arizona
Billing Postal Code:85260
Billing Country:US
Billing Phone:+1.4806242599
Billing Phone Ext.:
Billing FAX:+1.4806242598
Billing FAX Ext.:
Billing Email: corbin-fisher.info@domainsbyproxy.com

Tech ID:CR50053724
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242598
Tech FAX Ext.:
Tech Email: corbin-fisher.info@domainsbyproxy.com

Name Server:NS49.DOMAINCONTROL.COM
Name Server:NS50.DOMAINCONTROL.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-036
Exhibit 14

Show Summary View                                    Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google
**San Diego Coupons**
1 ridiculously huge coupon a day. Like doing
San Diego at 90% off!
www.Groupon.com/San-Diego


BUY DOMAINS for only $1.99*
* Some restrictions apply Details >

## Whois: CorbinFisherWidget.com

Acquire this Domain Name

**Thumbnail:**



Search Whois Records [                    ]   **Search**

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**   [1] [2] [3] More >

ProWidget.com ($477)          FancyWidget.com ($1,788)      GreatWidget.com ($1,788)
EzWidget.com ($750)           WidgetPlace.com ($1,888)      WidgetNet.com ($1,988)

| | |
|---|---|
| Reverse Whois: | "Domains by Proxy, Inc." owns about **835 other domains** |
| Registrar History: | **1 registrar** |
| NS History: | **3 changes** on 4 unique name servers over 2 years. |
| IP History: | **2 changes** on 3 unique name servers over 2 years. |
| Whois History: | **17 records** have been archived since 2008-10-18 . |
| Reverse IP: | **1,214,614 other sites** hosted on this server. |

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  **Download Now>**


GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / $7.50*


```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Domain Name: CORBINFISHERWIDGET.COM
        Created on: 17-Oct-08
        Expires on: 17-Oct-10
        Last Updated on: 11-Mar-10

Administrative Contact:
    Private, Registration  corbinfisherwidget.com@domainsbyproxy.com

    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599      Fax -- (480) 624-2598

Technical Contact:
    Private, Registration  corbinfisherwidget.com@domainsbyproxy.com
```



**Country TLDs    General TLDs**

| | | |
|---|---|---|
| ☐ | CorbinFisherWidget.at | Buy |
| ☐ | CorbinFisherWidget.be | Buy |
| ☐ | CorbinFisherWidget.ch | Buy |
| ☐ | CorbinFisherWidget.cn | Buy |
| ☐ | CorbinFisherWidget.co.uk | Buy |
| ☐ | CorbinFisherWidget.de | Buy |

Show all (18) >

**Buy all selected >**

LMH-037
Exhibit 14

```
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599      Fax -- (480) 624-2598

Domain servers in listed order:
  NS01.CASHPARKING.COM
  NS02.CASHPARKING.COM
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-038
Exhibit 14

Show Summary View                                      Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google
**GoDaddy #1 domain names**
$7.99 .COM Domains - Save Today Free
Hosting, Blogcast, Email, More
GoDaddy.com


BUY DOMAINS
for only $1.99*
* Some restrictions
apply Details >

## Whois: CorbinFisherWidgets.com                    Acquire this Domain Name

Thumbnail:

Search Whois Records [                    ]   Search



**Whois Record** | Site Profile | Registration | Server Stats | My Whois

### Whois Record

**Related Domains For Sale or At Auction**      [1] [2] [3] More >

CellularWidgets.com ($999)       NuttyWidgets.com ($1,999)      SharedWidgets.com ($1,347)
DesignerWidgets.com ($488)       PolarWidgets.com ($1,264)      AutoWidgets.com ($580)

| Reverse Whois: | "Domains by Proxy, Inc." owns about  835 other domains |
| Registrar History: | 1 registrar |
| NS History: | 3 changes on 4 unique name servers over 2 years. |
| IP History: | 2 changes on 3 unique name servers over 2 years. |
| Whois History: | 16 records have been archived since 2008-10-18 . |
| Reverse IP: | 1,214,814 other sites hosted on this server. |

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own
desktop!** Download Now>

Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Domain Name: CORBINFISHERWIDGETS.COM
       Created on: 17-Oct-08
       Expires on: 17-Oct-10
       Last Updated on: 11-Mar-10

    Administrative Contact:
       Private, Registration   corbinfisherwidgets.com@domainsbyproxy.com

       Domains by Proxy, Inc.
       DomainsByProxy.com
       15111 N. Hayden Rd., Ste 160, PMB 353
       Scottsdale, Arizona 85260
       United States
       (480) 624-2599      Fax -- (480) 624-2598

    Technical Contact:
       Private, Registration   corbinfisherwidgets.com@domainsbyproxy.com


GRAB YOUR .DE DOMAIN
FOR ONLY 4 EUR / $6.00*

**Country TLDs    General TLDs**

☐ CorbinFisherWidgets.at        Buy
☐ CorbinFisherWidgets.be        Buy
☐ CorbinFisherWidgets.ch        Buy
☐ CorbinFisherWidgets.cn        Buy
☐ CorbinFisherWidgets.co.uk     Buy
☐ CorbinFisherWidgets.de        Buy

Show all (18) >

**Buy all selected >**

LMH-039
Exhibit 14

```
        Domains by Proxy, Inc.
        DomainsByProxy.com
        15111 N. Hayden Rd., Ste 160, PMB 353
        Scottsdale, Arizona 85260
        United States
        (480) 624-2599      Fax -- (480) 624-2598

     Domain servers in listed order:
        NS01.CASHPARKING.COM
        NS02.CASHPARKING.COM
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-040
Exhibit 14

Exhibit 15

Show Summary View          eric.gapp_2106 Logout | My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Whois: AberCorbinAndFisher.com ✎

Acquire this Domain Name

Search Whois Records [                    ] Search

**Thumbnail:**
This domain is not resolving and is currently offline. Try again.



Whois Record | Site Profile | Registration | Server Stats | My Whois

### Registration

**Related Domains For Sale or At Auction**          [1] [More >]

CorbinGas.com ($477)          SandraCorbinHomes.com ($588)          HenryCorbin.com ($1,249)
CorbinHotel.com ($499)          CorbinHotels.com ($1,849)

ICANN Registrar:  **WILD WEST DOMAINS, INC.**
Created:  2006-12-12
Expires:  **2010-12-12**
Updated:  2009-01-19
Registrar Status:  **clientDeleteProhibited**
**clientRenewProhibited**
**clientTransferProhibited**
**clientUpdateProhibited**
Name Server:  NS1.SECTOR33CREATIVE.COM (has **46 domains**)
NS2.SECTOR33CREATIVE.COM (has **46 domains**)
Whois Server:  whois.wildwestdomains.com
General TLDs:  AberCorbinAndFisher.com 🌐 (registered and no website)
AberCorbinAndFisher.net ○ (never registered before)
AberCorbinAndFisher.org ○ (never registered before)
AberCorbinAndFisher.biz ○ (never registered before)
AberCorbinAndFisher.info ○ (never registered before)
AberCorbinAndFisher.us ○ (never registered before)

GRAB YOUR .DE DOMAIN FOR ONLY 4EUR / $6.00
'for indicative Purposes

**Country TLDs**          **General TLDs**

☐ AberCorbinAndFisher.at 🇦🇹          Buy
☐ AberCorbinAndFisher.be 🇧🇪          Buy
☐ AberCorbinAndFisher.ch 🇨🇭          Buy
☐ AberCorbinAndFisher.cn 🇨🇳          Buy
☐ AberCorbinAndFisher.co.uk 🇬🇧          Buy
☐ AberCorbinAndFisher.de 🇩🇪          Buy

Show all (18) >

**Buy all selected >**

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.

Domaining ☆
Recommends this site

LMH-041
Exhibit 15

Exhibit 16

Show Summary View     eric.gapp_2106 Logout | My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Whois: CorbinFisherWidget.com 🖉

Acquire this Domain Name

Search Whois Records [_____]  Search

**Thumbnail:**



Whois Record   Site Profile   Registration   Server Stats   My Whois

### Registration

**Related Domains For Sale or At Auction**   [1] [2] [3] [More >]

FastWidget.com ($1,245)    ProWidget.com ($477)    BargainWidget.com ($1,688)
CleverWidget.com ($1,688)    NewWidget.com ($1,347)    WidgetMart.com ($1,800)

|  |  |
|---|---|
| ICANN Registrar: | **GODADDY.COM, INC.** |
| Created: | 2008-10-17 |
| Expires: | **2010-10-17** |
| Updated: | **2010-03-11** |
| Registrar Status: | **clientDeleteProhibited** |
| | **clientRenewProhibited** |
| | **clientTransferProhibited** |
| | **clientUpdateProhibited** |
| Name Server: | NS01.CASHPARKING.COM (has **1,124,879 domains**) |
| | NS02.CASHPARKING.COM (has **1,124,879 domains**) |
| Whois Server: | whois.godaddy.com |
| General TLDs: | CorbinFisherWidget.com ◑ (registered and active website) |
| | CorbinFisherWidget.net ○ (never registered before) |
| | CorbinFisherWidget.org ○ (never registered before) |
| | CorbinFisherWidget.biz ○ (never registered before) |
| | CorbinFisherWidget.info ○ (never registered before) |
| | CorbinFisherWidget.us ○ (never registered before) |

GRAB YOUR .CO.UK DOMAIN
FOR ONLY 6EUR / $9.00*

**Country TLDs    General TLDs**

| ○ | CorbinFisherWidget.at | | Buy |
| ○ | CorbinFisherWidget.be | | Buy |
| ○ | CorbinFisherWidget.ch | | Buy |
| ○ | CorbinFisherWidget.cn | | Buy |
| ○ | CorbinFisherWidget.co.uk | | Buy |
| ○ | CorbinFisherWidget.de | | Buy |

Show all (18) >

### Buy all selected >

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.

**Domaining** ☆
Recommends this site

LMH-042
Exhibit 16

Show Summary View      eric.gapp_2106 Logout | My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Whois: CorbinFisherWidget.com ✎

Acquire this Domain Name

**Thumbnail:**

Search Whois Records [                    ]   Search

| Whois Record | Site Profile | Registration | Server Stats | My Whois |

### Registration

**Related Domains For Sale or At Auction**                    [ 1 ] [ 2 ] [ 3 ] [ More > ]
OfficialWidget.com ($495)        TechWidget.com ($1,788)        NewWidget.com ($1,347)
BargainWidget.com ($1,688)       FancyWidget.com ($1,788)       ProWidget.com ($477)

| | |
|---|---|
| ICANN Registrar: | GODADDY.COM, INC. |
| Created: | 2008-10-17 |
| Expires: | 2010-10-17 |
| Updated: | 2010-03-11 |
| Registrar Status: | clientDeleteProhibited |
| | clientRenewProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Server: | NS01.CASHPARKING.COM (has 1,124,879 domains) |
| | NS02.CASHPARKING.COM (has 1,124,879 domains) |
| Whois Server: | whois.godaddy.com |
| General TLDs: | CorbinFisherWidget.com ⊘ (registered and active website) |
| | CorbinFisherWidget.net ○ (never registered before) |
| | CorbinFisherWidget.org ○ (never registered before) |
| | CorbinFisherWidget.biz ○ (never registered before) |
| | CorbinFisherWidget.info ○ (never registered before) |
| | CorbinFisherWidget.us ○ (never registered before) |

**Country TLDs    General TLDs**

| | | |
|---|---|---|
| ☐ | CorbinFisherWidget.at 🏴 | Buy |
| ☐ | CorbinFisherWidget.be 🏴 | Buy |
| ☐ | CorbinFisherWidget.ch 🏴 | Buy |
| ☐ | CorbinFisherWidget.cn 🏴 | |
| ☐ | CorbinFisherWidget.co.uk 🏴 | Buy |
| ☐ | CorbinFisherWidget.de 🏴 | Buy |

Show all (18) >

**Buy all selected >**

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-043
Exhibit 16

Exhibit 17

Show Summary View          eric.gapp_2106 Logout | My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

# Whois: ILoveCorbinFisher.com 🖉

Acquire this Domain Name

Search Whois Records [_____]  **Search**

**Thumbnail:**



Whois Record    Site Profile    Registration    Server Stats    My Whois

## Whois Record

**Related Domains For Sale or At Auction**   [ 1 | More > ]

CorbinGas.com ($477)         HenryCorbin.com ($1,249)      CorbinHotels.com ($1,849)
CorbinHotel.com ($499)       SandraCorbinHomes.com ($588)

Reverse Whois: **"PrivacyProtect.org"** owns about  3,210 other domains
Email Search:  contact@privacyprotect.org  is associated with about 1,426,688 domains

Registrar History:  1 registrar
NS History:  6 changes on 4 unique name servers over 2 years.
IP History:  3 changes on 3 unique name servers over 1 years.
Whois History:  22 records have been archived since 2008-08-15 .
Reverse IP:  166,392 other sites hosted on this server.

🅼  Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  Download Now>



**Country TLDs    General TLDs**

| | | |
|---|---|---|
| ☐ ILoveCorbinFisher.at 🏴 | | Buy |
| ☐ ILoveCorbinFisher.be 🏴 | | Buy |
| ☐ ILoveCorbinFisher.ch 🏴 | | Buy |
| ☐ ILoveCorbinFisher.cn 🏴 | | Buy |
| ☐ ILoveCorbinFisher.co.uk 🏴 | | Buy |
| ☐ ILoveCorbinFisher.de 🏴 | | Buy |

Show all (18) >

**Buy all selected >**

```
Registration Service Provided By: EDOTDOM.COM
Contact: +1.7754061998
Website: http://www.edotdom.com

Domain Name: ILOVECORBINFISHER.COM

Registrant:
    PrivacyProtect.org
    Domain Admin        ( contact@privacyprotect.org )

    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
    Tel. +45.36946676

Creation Date: 14-Aug-2008
Expiration Date: 14-Aug-2010

Domain servers in listed order:
    tradenet.mars.orderbox-dns.com
    tradenet.earth.orderbox-dns.com
    tradenet.venus.orderbox-dns.com
    tradenet.mercury.orderbox-dns.com

Administrative Contact:
    PrivacyProtect.org
    Domain Admin        ( contact@privacyprotect.org )

    P.O. Box 97
    Note - All Postal Mails Rejected, visit Privacyprotect.org
    Moergestel
    null,5066 ZH
    NL
```

LMH-044
Exhibit 17

```
          Tel. +45.36946676

Technical Contact:
     PrivacyProtect.org
     Domain Admin          ( contact@privacyprotect.org )

     P.O. Box 97
     Note - All Postal Mails Rejected, visit Privacyprotect.org
     Moergestel
     null,5066 ZH
     NL
     Tel. +45.36946676

Billing Contact:
     PrivacyProtect.org
     Domain Admin          ( contact@privacyprotect.org )

     P.O. Box 97
     Note - All Postal Mails Rejected, visit Privacyprotect.org
     Moergestel
     null,5066 ZH
     NL
     Tel. +45.36946676

Status:RENEWAL HOLD
          Note: This Domain Name has expired. In this status the domain name
          is inactive. This domain name will be activated once it is renewed.
           The Owner of this domain name can renew this domain name from their cont
          If this domain name is not renewed by 23-Sep-
2010, it will be permanently deleted.
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-045
Exhibit 17

Exhibit 18

Show Summary View      **eric.gapp_2106** Logout | My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Whois: ILoveCorbinFisher.com ✎

Acquire this Domain Name

Search Whois Records  [                    ]  Search

**Thumbnail:**



Whois Record    Site Profile    **Registration**    Server Stats    My Whois

### Registration

**Related Domains For Sale or At Auction**    [ 1 | More > ]

CorbinGas.com ($477)        HenryCorbin.com ($1,249)        CorbinHotels.com ($1,849)
CorbinHotel.com ($499)      SandraCorbinHomes.com ($588)

ICANN Registrar: **DIRECTI INTERNET SOLUTIONS PVT. LTD. D/B/A PUBLICDOMAINREGISTRY.COM**
Created: 2008-08-14
Expires: **2011-08-14**
Updated: 2010-08-15
Registrar Status: ok
Name Server: DNS.PARKPAGE.FOUNDATIONAPI.COM (has **134,278 domains**)
DNS2.PARKPAGE.FOUNDATIONAPI.COM (has **134,278 domains**)
Whois Server: whois.publicdomainregistry.com
General TLDs: ILoveCorbinFisher.com ⊘ (registered and active website)
ILoveCorbinFisher.net ○ (never registered before)
ILoveCorbinFisher.org ○ (never registered before)
ILoveCorbinFisher.biz ○ (never registered before)
ILoveCorbinFisher.info ○ (never registered before)
ILoveCorbinFisher.us ○ (never registered before)

**Country TLDs    General TLDs**

○ ILoveCorbinFisher.at          Buy
○ ILoveCorbinFisher.be          Buy
○ ILoveCorbinFisher.ch          Buy
○ ILoveCorbinFisher.cn          Buy
○ ILoveCorbinFisher.co.uk       Buy
○ ILoveCorbinFisher.de          Buy

Show all (18) >

**Buy all selected >**

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.

**Domaining** ☆
Recommends this site

LMH-046
Exhibit 18

Exhibit 19

Show Summary View    **eric.gapp_2106** Logout | My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Whois: Corbin-Fisher.com ✏

**Acquire this Domain Name**

Search Whois Records [                    ]  **Search**

**Thumbnail:**                     **2010-07-26**

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

Related Domains For Sale or At Auction                    [ 1 ][ More > ]

CorbinGas.com ($477)    SandraCorbinHomes.com ($588)    HenryCorbin.com ($1,249)
CorbinHotels.com ($1,849)    CorbinHotel.com ($499)

Reverse Whois: "Adrush Media Holland B.V" owns about 764 other domains
Registrar History: 1 registrar
NS History: 3 changes on 3 unique name servers over 6 years.
IP History: 2 changes on 2 unique name servers over 6 years.
Whois History: 26 records have been archived since 2008-02-25 .
Dedicated Hosting: corbin-fisher.com is hosted on a dedicated server.

Ⓜ Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!  Download Now>**

Registrant:
    Adrush Media Holland B.V
    P/a Dokweg 27 B
    IJMUIDEN, Ca 1976
    NL

Visit directNIC.com for full WHOIS at http://www.directnic.com/whois/

Record last updated 01-26-20

Domain servers in listed order:
        NS0.REFLECTED.NET          66.254.126.2
        NS1.REFLECTED.NET          66.254.127.2

No match for "CORBIN-FISHER.COM".

---

**Corbin Fisher**

Queue this Domain for Update

GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / $7.50*
*For Indicative Purposes

**Country TLDs    General TLDs**

☐ Corbin-Fisher.at        Buy
☐ Corbin-Fisher.be        Buy
☐ Corbin-Fisher.ch        Buy
☐ Corbin-Fisher.cn        Buy
☐ Corbin-Fisher.co.uk     Buy
☐ Corbin-Fisher.de        Buy

Show all (18) >

## Buy all selected >

---

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-047
Exhibit 19

Exhibit 20

Show Summary View    eric.gapp_2106 Logout | My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Whois: Corbin-Fisher.com ✎

Acquire this Domain Name

Search Whois Records [                    ]  Search

**Thumbnail:**  2010-07-26

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Registration

**Related Domains For Sale or At Auction**  [1] [More >]
CorbinGas.com ($477)      SandraCorbinHomes.com ($588)   HenryCorbin.com ($1,249)
CorbinHotels.com ($1,849)   CorbinHotel.com ($499)

ICANN Registrar: **DIRECTNIC, LTD**
Created: **2005-01-21**
Expires: **2011-01-21**
Updated: **2010-01-26**
Registrar Status: clientDeleteProhibited
clientTransferProhibited
clientUpdateProhibited
Name Server: NS0.REFLECTED.NET (has **7,824 domains**)
NS1.REFLECTED.NET (has **7,824 domains**)
Whois Server: whois.directnic.com
General TLDs: Corbin-Fisher.com ⊘ (registered and active website)
Corbin-Fisher.net ⊘ (deleted and available again)
Corbin-Fisher.org ⊘ (deleted and available again)
Corbin-Fisher.biz ○ (never registered before)
Corbin-Fisher.info ⊘ (registered and active website)
Corbin-Fisher.us ⊘ (deleted and available again)

Queue this Domain for Update

**Country TLDs   General TLDs**

☐ Corbin-Fisher.at   Buy
☐ Corbin-Fisher.be   Buy
☐ Corbin-Fisher.ch   Buy
☐ Corbin-Fisher.cn   Buy
☐ Corbin-Fisher.co.uk   Buy
☐ Corbin-Fisher.de   Buy

Show all (18) >

**Buy all selected >**

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



http://whois.domaintools.com/corbin-fisher.com

Page 1 of 1

LMH-048
Exhibit 20

Exhibit 21



# Contact Nameview

Nameview, Inc.
142-757 W. Hastings St., Suite #777
Vancouver, BC
Canada V6C 1A1
Tel: +1 (604) 484-4206

To send feedback, comments and/or suggestions, please complete and submit the form below:

| | |
|---|---|
| Your Name:* | |
| Your E-mail:* | |
| Subject:* | Please select area of interest: |
| Domain Name:* | |
| Message:* | |

Send

\* required field

**Sales Inquiries**: Sorry, we are not currently providing accounts to new users. We appreciate your interest, but please do not send sales inquiries at this time.

**Domain Purchase Inquiries**: Please do not send us inquiries regarding currently registered domains. These domains belong to our customers, not to us. Any such inquiries will be discarded unanswered. Please contact the domain owner directly using the information provided by whois.

**Abuse Complaints**: We accept and act on legitimate spam abuse complaints regarding domains hosted on our servers or registered via Nameview, Inc. only. Complaints regarding domain names forged in spam or abused by previous domain holders will be discarded unanswered. Complaints regarding phishing or malware or other criminal activity should be directed to the appropriate authorities and will be discarded unanswered.

**Domain Name Trademark Infringement**: Please follow the ICANN procedures as described in the Uniform Domain Name Dispute Resolution Policy. We do not get involved in IP disputes outside of the UDRP process.

**Other**: Requests for domain ownership information outside of what is provided by whois will be processed with a court order from a British Columbia, Canada court, only, or to an ICANN-approved UDRP arbitrator if required as part of an ongoing UDRP dispute. If you believe your domain was transferred to Nameview, Inc. improperly, please have your old registrar contact us directly.

**Abusive submissions**: Any repetitive submissions in violation of the above policies will result in firewall blocks, E-mail filters, or any other defensive measures deemed necessary to protect our systems from abuse. Abusers may or may not be notified of these measures.

**N A M E V I E W, I N C.**
WHOis | About Us | Contact Us | Legal Agreements
© 2005 Nameview Inc. All rights reserved.



LMH-049
Exhibit 21

Exhibit 22

Show Summary View                                    Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google
**GoDaddy #1 domain names**
$7.99 .COM Domains - Save Today Free
Hosting, Blogcast, Email, More
GoDaddy.com


BUY DOMAINS
for only $1.99*
* Some restrictions
apply  Details >

## Whois: CorbingFisher.com

Acquire this Domain Name

Search Whois Records [                    ]  Search

**Thumbnail:**



Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**   [ 1 ] [ More > ]

Henry Corbin.com ($1,249)      CorbinGas.com ($477)      SandraCorbinHomes.com ($588)
CorbinHotel.com ($499)         CorbinHotels.com ($1,849)

| | |
|---|---|
| Reverse Whois: | "CORBINGFISHER.COM" |
| Registrar History: | **3 registrars** with 2 drops. |
| NS History: | **10 changes** on 6 unique name servers over 5 years. |
| IP History: | **49 changes** on 10 unique name servers over 5 years. |
| Whois History: | **22 records** have been archived since 2007-10-01 . |
| Reverse IP: | **606,171 other sites** hosted on this server. |

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own
desktop!**   **Download Now>**

```
Domain:  CORBINGFISHER.COM

Created: 2005-08-29
Updated: 2010-08-22
Expires: 2011-08-29

    Registrant
        CORBINGFISHER.COM
        c/o Nameview Inc. Whois IDentity Shield
        PO Box 152
        Britton's Hill
        St. Michael, Barbados

    Administrative Contact
        CORBINGFISHER.COM
        c/o Nameview Inc. Whois IDentity Shield
        PO Box 152
        Britton's Hill
        St. Michael, Barbados
        E-mail:
gRwORZos64XeJDN84HNqjM2uRgjKVjGVjknX+SLu3aDbzXDomGRwRuqGcgc=@2010.identityshield.com
        Phone:  +1 (604) 484-4206

    Technical Contact
```


GRAB YOUR .co.uk DOMAIN
FOR ONLY £EUR / $9.00*
* For Indication Purposes

**Country TLDs**   **General TLDs**

| | | |
|---|---|---|
| ☐ | CorbingFisher.at | Buy |
| ☐ | CorbingFisher.be | Buy |
| ☐ | CorbingFisher.ch | Buy |
| ☐ | CorbingFisher.cn | Buy |
| ☐ | CorbingFisher.co.uk | Buy |
| ☐ | CorbingFisher.de | Buy |

Show all (18) >

**Buy all selected >**

```
        CORBINGFISHER.COM
        c/o Nameview Inc. Whois IDentity Shield
        PO Box 152
        Britton's Hill
        St. Michael, Barbados
        E-mail:
2AZHIS6mIc5qATCYftCqWLDSqGCUPePGUynB+x0nr0ZLqVqCzRxhCa3GLQ==@2010.identityshield.com
        Phone:  +1 (604) 484-4206

    Name servers for this domain:

        NS1.HITFARM.COM  72.51.27.54
        NS2.HITFARM.COM  208.87.33.160

E-mail addresses as presented will only work until 2010-08-29
(in the server's time zone).
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-051
Exhibit 22

Exhibit 23

Show Summary View                                              Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |

| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Ads by Google
### GoDaddy #1 domain names
$7.99 .COM Domains - Save Today Free
Hosting, Blogcast, Email, More
GoDaddy.com



## Whois: CorbingFisher.com

Acquire this Domain Name

Thumbnail:

Search Whois Records [                    ]   **Search**



| Whois Record | Site Profile | **Registration** | Server Stats | My Whois |

### Registration

**Related Domains For Sale or At Auction**                    [1] [ More > ]

HenryCorbin.com ($1,249)        CorbinGas.com ($477)        SandraCorbinHomes.com ($588)
CorbinHotel.com ($499)          CorbinHotels.com ($1,849)

| | |
|---|---|
| ICANN Registrar: | **NAMEVIEW, INC.** |
| Created: | 2005-08-29 |
| Expires: | **2011-08-29** |
| Updated: | 2010-08-22 |
| Registrar Status: | ok |
| Name Server: | NS1.HITFARM.COM (has **592,071 domains**) |
| | NS2.HITFARM.COM (has **592,071 domains**) |
| Whois Server: | whois.nameview.com |
| General TLDs: | CorbingFisher.com ◉ (registered and active website) |
| | CorbingFisher.net ○ (never registered before) |
| | CorbingFisher.org ☺ (deleted and available again) |
| | CorbingFisher.biz ○ (never registered before) |
| | CorbingFisher.info ○ (never registered before) |
| | CorbingFisher.us ○ (never registered before) |



GRAB YOUR .CO.UK DOMAIN
FOR ONLY €EUR / $9.00*
* For Indication Purposes

**Country TLDs     General TLDs**

| ☐ CorbingFisher.at | | **Buy** |
| ☐ CorbingFisher.be | | **Buy** |
| ☐ CorbingFisher.ch | | **Buy** |
| ☐ CorbingFisher.cn | | **Buy** |
| ☐ CorbingFisher.co.uk | | **Buy** |
| ☐ CorbingFisher.de | | **Buy** |

Show all (18) >

## Buy all selected >

LMH-052
Exhibit 23

Exhibit 24

Show Summary View                                    Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Sponsored Listings

**Broke Straight Guys**                    **Free Gay Porn Movies**                    **Meet A Mature Gay Daddy**

They're Hot and they're Broke Straight Guys Go Broke    A must see site. See movies of hot guys - 100% Free!    Find Mature Gay Daddys Near You. View Profiles
www.BrokeStraightBoys.com                    GayFuckbookDating.com                    100% Free. Join Now!
                                                                                      www.GayMatureDating.com

## Whois: CorbinFisherMovies.com

Acquire this Domain Name

Search Whois Records [                    ]    Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**                    [1] [More >]

HenryCorbin.com ($1,249)        CorbinHotel.com ($499)        CorbinHotels.com ($1,849)
CorbinGas.com ($477)            SandraCorbinHomes.com ($588)

Reverse Whois:  **"MyClickTo.com"** owns about  277 other domains
Email Search:  sales@myclickto.com  is associated with about 320 domains

Registrar History:  1 registrar
NS History:  1 change on 2 unique name servers over 5 years.
IP History:  2 changes on 2 unique name servers over 5 years.
Whois History:  58 records have been archived since 2006-06-05 .
Reverse IP:  311 other sites hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own
desktop!**  Download Now>

```
Registrant:
MyClickTo.com
7985 Santa Monica Blvd
Suite 15
West Hollywood, California 90046
United States

Domain Name: CORBINFISHERMOVIES.COM
    Created on: 18-Dec-05
    Expires on: 18-Dec-10
    Last Updated on: 19-Dec-09

Administrative Contact:
    Contact, Administration   sales@myclickto.com

    MyClickTo.com
    7985 Santa Monica Blvd
    Suite 15
    West Hollywood, California 90046
    United States
    (310) 686-9319      Fax --

Technical Contact:
```

Country TLDs    General TLDs

☐ CorbinFisherMovies.at    Buy
☐ CorbinFisherMovies.be    Buy
☐ CorbinFisherMovies.ch    Buy
☐ CorbinFisherMovies.cn    Buy
☐ CorbinFisherMovies.co.uk    Buy
☐ CorbinFisherMovies.de    Buy

Show all (18) >

**Buy all selected >**

LMH-053
Exhibit 24

```
Contact, Administration    sales@myclickto.com
MyClickTo.com
7985 Santa Monica Blvd
Suite 15
West Hollywood, California 90046
United States
(310) 686-9319        Fax --

Domain servers in listed order:
   NS1.NATIONAL-NET.COM
   NS2.NATIONAL-NET.COM
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-054
Exhibit 24

Exhibit 25

Show Summary View                                              Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Sponsored Listings

**Broke Straight Guys**

They're Hot and they're Broke Straight Guys Go Broke
www.BrokeStraightBoys.com

**Free Gay Porn Movies**

A must see site. See movies of hot guys - 100% Free!
GayFuckbookDating.com

**Meet A Mature Gay Daddy**

Find Mature Gay Daddys Near You. View Profiles
100% Free. Join Now!
www.GayMatureDating.com

## Whois: CorbinFisherMovies.com

Acquire this Domain Name

Search Whois Records [                    ]  Search

GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / $7.50*
*For Indicative Purposes

Whois Record    Site Profile    Registration    Server Stats    My Whois

| Country TLDs | General TLDs |

### Registration

**Related Domains For Sale or At Auction**        [ 1 ] [ More > ]

HenryCorbin.com ($1,249)        CorbinHotel.com ($499)        CorbinHotels.com ($1,849)
CorbinGas.com ($477)        SandraCorbinHomes.com ($588)

| ICANN Registrar: | **GODADDY.COM, INC.** |
| Created: | 2005-12-18 |
| Expires: | **2010-12-18** |
| Updated: | 2009-12-19 |
| Registrar Status: | **clientDeleteProhibited** |
| | **clientRenewProhibited** |
| | **clientTransferProhibited** |
| | **clientUpdateProhibited** |
| Name Server: | NS1.NATIONAL-NET.COM (has **14,453 domains**) |
| | NS2.NATIONAL-NET.COM (has **14,453 domains**) |
| Whois Server: | whois.godaddy.com |
| General TLDs: | CorbinFisherMovies.com ✔ (registered and active website) |
| | CorbinFisherMovies.net ○ (never registered before) |
| | CorbinFisherMovies.org ○ (never registered before) |
| | CorbinFisherMovies.biz ○ (never registered before) |
| | CorbinFisherMovies.info ○ (never registered before) |
| | CorbinFisherMovies.us ○ (never registered before) |

☐ CorbinFisherMovies.at       Buy
☐ CorbinFisherMovies.be       Buy
☐ CorbinFisherMovies.ch       Buy
☐ CorbinFisherMovies.cn       Buy
☐ CorbinFisherMovies.co.uk    Buy
☐ CorbinFisherMovies.de       Buy

Show all (18) >

**Buy all selected >**

LMH-055
Exhibit 25

Exhibit 26

Show Summary View                                    Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Sponsored Listings

**Broke Straight Guys**                  **Talk to Nude Gay Guys**              **Meet A Mature Gay Daddy**

They're Hot and they're Broke Straight Guys Go Broke    Enjoy adult chat with hot local guys now. Try Free!    Find Mature Gay Daddys Near You. View Profiles
www.BrokeStraightBoys.com                InteractiveMale.com                     100% Free. Join Now!
                                                                                  www.GayMatureDating.com

## Whois: CorbinFisherNews.com                    Acquire this Domain Name



Search Whois Records [                    ]  Search

Whois Record | Site Profile | Registration | Server Stats | My Whois

### Whois Record

**Related Domains For Sale or At Auction**                              [ 1 | More > ]
CorbinHotels.com ($1,849)    SandraCorbinHomes.com ($588)    HenryCorbin.com ($1,249)
CorbinHotel.com ($499)        CorbinGas.com ($477)

Email Search:  support@domainpeople.com  is associated with about **460,087 domains**
Registrar History:  1 registrar
NS History:  1 change on 2 unique name servers over 1 year.
IP History:  1 change on 2 unique name servers over 1 years.
Whois History:  12 records have been archived since 2009-06-11 .
Reverse IP:  12,652 other sites hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  Download Now>

---

```
Registration Service Provided By: Domain People
Contact:  support@domainpeople.com

Domain name: corbinfishernews.com

Registrant Contact:
    WhoisProtector Inc.
    WhoisProtector corbinfishernews.com ()

    Fax:
    100 N Riverside, Suite 800
    Chicago, IL 60606
    US

Administrative Contact:
    WhoisProtector Inc.
    WhoisProtector corbinfishernews.com ( corbinfishernews.com@whoisprotector.com )

    +1.3129947654
    Fax:
    100 N Riverside, Suite 800
    Chicago, IL 60606
    US

Technical Contact:
```

**Country TLDs**   **General TLDs**

☐ CorbinFisherNews.at ▨        Buy
☐ CorbinFisherNews.be ▨        Buy
☐ CorbinFisherNews.ch ▨        Buy
☐ CorbinFisherNews.cn ▨        Buy
☐ CorbinFisherNews.co.uk ▨     Buy
☐ CorbinFisherNews.de ▨        Buy

Show all (18) >

### Buy all selected >

```
    WhoisProtector Inc.
    WhoisProtector corbinfishernews.com ( corbinfishernews.com@whoisprotector.com )

    +1.3129947654
    Fax:
    100 N Riverside, Suite 800
    Chicago, IL 60606
    US

Status: Locked

Name Servers:
    ns1.domainpeople.com
    ns2.domainpeople.com

Creation date: 10 Jun 2009 14:42:22
Expiration date: 10 Jun 2011 14:42:00
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-057
Exhibit 26

Exhibit 27

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
|-------|---------------|-------------------|----------|---------------|----------------|----------------|------------------|

Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more>

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |
|--------------|------------|----------------|------------|-----------------|-----------------|---------------|------------------|

Sponsored Listings

**Broke Straight Guys**

They're Hot and they're Broke Straight Guys Go Broke
www.BrokeStraightBoys.com

**Talk to Nude Gay Guys**

Enjoy adult chat with hot local guys now. Try Free!
InteractiveMale.com

**Meet A Mature Gay Daddy**

Find Mature Gay Daddys Near You. View Profiles
100% Free. Join Now!
www.GayMatureDating.com

## Whois: CorbinFisherNews.com

Acquire this Domain Name

Search Whois Records [                    ]   **Search**

Whois Record | Site Profile | Registration | Server Stats | My Whois

### Registration

Related Domains For Sale or At Auction                              [ 1 ] [ More > ]

CorbinHotels.com ($1,849)      SandraCorbinHomes.com ($588)     HenryCorbin.com ($1,249)
CorbinHotel.com ($499)         CorbinGas.com ($477)

| | |
|---|---|
| ICANN Registrar: | **DOMAINPEOPLE, INC.** |
| Created: | **2009-06-10** |
| Expires: | **2011-06-10** |
| Updated: | 2010-05-27 |
| Registrar Status: | clientTransferProhibited |
| Name Server: | NS1.DOMAINPEOPLE.COM (has **30,070 domains**) |
| | NS2.DOMAINPEOPLE.COM (has **30,070 domains**) |
| Whois Server: | whois.domainpeople.com |
| General TLDs: | CorbinFisherNews.com ⓡ (registered and parked or redirected) |
| | CorbinFisherNews.net ◯ (never registered before) |
| | CorbinFisherNews.org ◯ (never registered before) |
| | CorbinFisherNews.biz ◯ (never registered before) |
| | CorbinFisherNews.info ◯ (never registered before) |
| | CorbinFisherNews.us ◯ (never registered before) |

**Country TLDs   General TLDs**

| ▢ CorbinFisherNews.at | Buy |
|-----------------------|-----|
| ▢ CorbinFisherNews.be | Buy |
| ▢ CorbinFisherNews.ch | Buy |
| ▢ CorbinFisherNews.cn | Buy |
| ▢ CorbinFisherNews.co.uk | Buy |
| ▢ CorbinFisherNews.de | Buy |

Show all (18) >

**Buy all selected >**

LMH-058
Exhibit 27

Exhibit 28

Guest| Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert

Sponsored Listings

**Bang Bros Network**
Over 5000 girls in 5000 XXX movies Get it all with one pass. BangBros!
BangBrosNetwork.com

**Watch Adult Cams Free 18+**
Video, audio, chat, instant message Free - Registration not required!
www.myfreecams.com

**Local Hot Gay Sex**
Hookup with the guy next door. Chat, pics & more. Free to join.
www.MANHUNT.net

## Whois: CorbinFisherPasswords.com

Acquire this Domain Name

Search Whois Records [                    ] Search

Whois Record | Site Profile | Registration | Server Stats | My Whois

### Whois Record

Related Domains For Sale or At Auction      | 1 | More > |

| CorbinHotel.com ($499) | HenryCorbin.com ($1,249) | SandraCorbinHomes.com ($588) |
| CorbinGas.com ($477) | CorbinHotels.com ($1,849) | |

| | |
|---|---|
| Reverse Whois: | "Direct Privacy ID 826C9" |
| Registrar History: | 2 registrars with 1 drop. |
| NS History: | 3 changes on 3 unique name servers over 2 years. |
| IP History: | 1 change on 2 unique name servers over 1 years. |
| Whois History: | 42 records have been archived since 2008-12-29. |
| Reverse IP: | 16 other sites hosted on this server. |

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! Download Now>

```
-----------------------------------------------------------
Registrant:
 Direct Privacy ID 826C9
 PO Box 12068
 George Town, Grand Cayman KY1-1010
 KY

Visit directNIC.com for full WHOIS at http://www.directnic.com/whois/

Record last updated 12-28-20

Domain servers in listed order:
        NS1.SWIFTWILL.COM         66.28.176.37
        NS2.SWIFTWILL.COM         146.82.201.184
        NS3.SWIFTWILL.COM         146.82.201.162

No match for "CORBINFISHERPASSWORDS.COM".
```

GRAB YOUR .ES DOMAIN
FOR ONLY 5EUR / $7.50*
*For Indicative Purposes

**Country TLDs** | General TLDs

| | | |
|---|---|---|
| ☐ | CorbinFisherPasswords.at | Buy |
| ☐ | CorbinFisherPasswords.be | Buy |
| ☐ | CorbinFisherPasswords.ch | Buy |
| ☐ | CorbinFisherPasswords.cn | Buy |
| ☐ | CorbinFisherPasswords.co.uk | Buy |
| ☐ | CorbinFisherPasswords.de | Buy |

Show all (18) >

**Buy all selected >**

LMH-059
Exhibit 28

Exhibit 29

Corbinfisherpasswords.com - Corbin Fisher Password List Domain Access into Corbin Fisher Gay web best Gay sites on the Web    8/27/10 2:59 PM

Case 3:10-cv-01800-MJR-BLM   Document 1   Filed 08/31/10   Page 111 of 156

Show Summary View                                    Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Sponsored Listings

**Bang Bros Network**
Over 5000 girls in 5000 XXX movies Get it all with one
pass. BangBros!
BangBrosNetwork.com

**Watch Adult Cams Free 18+**
Video, audio, chat, instant message Free - Registration
not required!
www.myfreecams.com

**Local Hot Gay Sex**
Hookup with the guy next door. Chat, pics & more. Free
to join.
www.MANHUNT.net

# Whois: CorbinFisherPasswords.com

Acquire this Domain Name

Search Whois Records [                    ]    Search

Whois Record    Site Profile    **Registration**    Server Stats    My Whois

## Registration

Related Domains For Sale or At Auction                         [1] [More >]

CorbinHotel.com ($499)        HenryCorbin.com ($1,249)      SandraCorbinHomes.com ($588)
CorbinGas.com ($477)          CorbinHotels.com ($1,849)

| | |
|---|---|
| ICANN Registrar: | **DIRECTNIC, LTD** |
| Created: | 2008-12-28 |
| Expires: | **2010-12-28** |
| Updated: | 2009-10-14 |
| Registrar Status: | **clientDeleteProhibited** |
| | **clientTransferProhibited** |
| | **clientUpdateProhibited** |
| Name Server: | NS1.SWIFTWILL.COM (has **5,342 domains**) |
| | NS2.SWIFTWILL.COM (has **5,342 domains**) |
| | NS3.SWIFTWILL.COM (has **5,342 domains**) |
| Whois Server: | whois.directnic.com |
| General TLDs: | CorbinFisherPasswords.com (registered and active website) |
| | CorbinFisherPasswords.net (never registered before) |
| | CorbinFisherPasswords.org (never registered before) |
| | CorbinFisherPasswords.biz (never registered before) |
| | CorbinFisherPasswords.info (never registered before) |
| | CorbinFisherPasswords.us (never registered before) |

**GRAB YOUR .ES DOMAIN**
**FOR ONLY 5 EUR / $7.50**
*For Indicative Purposes

| Country TLDs | General TLDs | |
|---|---|---|
| CorbinFisherPasswords.at | | Buy |
| CorbinFisherPasswords.be | | Buy |
| CorbinFisherPasswords.ch | | Buy |
| CorbinFisherPasswords.cn | | Buy |
| CorbinFisherPasswords.co.uk | | Buy |
| CorbinFisherPasswords.de | | Buy |

Show all (18) >

**Buy all selected >**

Exhibit 30

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert

Sponsored Listings

**Watch Adult Cams Free 18+**          **Meet Single Women - Free**          **Hot Gay Male**

Video, audio, chat, instant message Free - Registration     Browse Photo Profiles, Talk to Singles & Match by     View Photos & Chat with Guys From Your Area. Hook
not required!                                              Compatibility!                                        Up for Sex Now!
www.myfreecams.com                                        SinglesNet.com                                        www.Men4SexNow.com

# Whois: CorbinFishers.com

Acquire this Domain Name

Search Whois Records [                    ]   Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

## Whois Record

Related Domains For Sale or At Auction          [1] [More >]

HenryCorbin.com ($1,249)    CorbinHotel.com ($499)    CorbinGas.com ($477)
SandraCorbinHomes.com ($588)    CorbinHotels.com ($1,849)

| | |
|---|---|
| Reverse Whois: | "Whois Privacy Protection Service, Inc." owns about **20 other domains** |
| Registrar History: | **3 registrars** with 1 drop. |
| NS History: | **7 changes** on 4 unique name servers over 4 years. |
| IP History: | **21 changes** on 17 unique name servers over 5 years. |
| Whois History: | **26 records** have been archived since 2007-04-13 . |
| Reverse IP: | **30,322 other sites** hosted on this server. |

**M** Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop! **Download Now>**

```
-------------------------------------------------------------------
Domain name: corbinfishers.com

Administrative Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent ( xgvfhsqwx@whoisprivacyprotect.com )

   +1.4252740657
   Fax: +1.4259744730
   PMB 368, 14150 NE 20th St - F1
   C/O corbinfishers.com
   Bellevue, WA 98007
   US

Technical Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent ( xgvfhsqwx@whoisprivacyprotect.com )

   +1.4252740657
   Fax: +1.4259744730
   PMB 368, 14150 NE 20th St - F1
   C/O corbinfishers.com
   Bellevue, WA 98007
   US

Registrant Contact:
   Whois Privacy Protection Service, Inc.
```

GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / $7.50
*For indication Purposes

Country TLDs    General TLDs

| | |
|---|---|
| ☐ CorbinFishers.at | Buy |
| ☐ CorbinFishers.be | Buy |
| ☐ CorbinFishers.ch | Buy |
| ☐ CorbinFishers.cn | Buy |
| ☐ CorbinFishers.co.uk | Buy |
| ☐ CorbinFishers.de | Buy |

Show all (18) >

**Buy all selected >**

LMH-061
Exhibit 30

```
    Whois Agent ()

    Fax:
    PMB 368, 14150 NE 20th St - F1
    C/O corbinfishers.com
    Bellevue, WA 98007
    US

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 03 Aug 2008 18:52:48
Expiration date: 03 Aug 2010 18:52:48
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-062
Exhibit 30

Exhibit 31

Show Summary View                                     Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Sponsored Listings

**Watch Adult Cams Free 18+**
Video, audio, chat, instant message Free - Registration not required!
www.myfreecams.com

**Meet Single Women - Free**
Browse Photo Profiles, Talk to Singles & Match by Compatibility!
SinglesNet.com

**Hot Gay Male**
View Photos & Chat with Guys From Your Area. Hook Up for Sex Now!
www.Men4SexNow.com

# Whois: CorbinFishers.com

Acquire this Domain Name

Search Whois Records   [ corinfisher.com ]   Search

GRAB YOUR .IT DOMAIN FOR ONLY 5EUR / $7.50*

Whois Record    Site Profile    **Registration**    Server Stats    My Whois

## Registration

Related Domains For Sale or At Auction     [ 1 ] [ More > ]

SandraCorbinHomes.com ($588)     HenryCorbin.com ($1,249)     CorbinHotel.com ($499)
CorbinHotels.com ($1,849)        CorbinGas.com ($477)

| | |
|---|---|
| ICANN Registrar: | **ENOM, INC.** |
| Created: | **2008-08-03** |
| Expires: | **2011-08-03** |
| Updated: | **2010-08-04** |
| Registrar Status: | **clientTransferProhibited** |
| Name Server: | DNS1.NAME-SERVICES.COM (has **3,362,377 domains**) |
| | DNS2.NAME-SERVICES.COM (has **3,362,377 domains**) |
| | DNS3.NAME-SERVICES.COM (has **3,362,377 domains**) |
| | DNS4.NAME-SERVICES.COM (has **3,362,377 domains**) |
| | DNS5.NAME-SERVICES.COM (has **3,362,377 domains**) |
| Whois Server: | whois.enom.com |
| General TLDs: | CorbinFishers.com ⊗ (registered and active website) |
| | CorbinFishers.net ⊗ (deleted and available again) |
| | CorbinFishers.org ○ (never registered before) |
| | CorbinFishers.biz ○ (never registered before) |
| | CorbinFishers.info ○ (never registered before) |
| | CorbinFishers.us ○ (never registered before) |

Country TLDs    General TLDs

| | | |
|---|---|---|
| ☐ | CorbinFishers.at | Buy |
| ☐ | CorbinFishers.be | Buy |
| ☐ | CorbinFishers.ch | Buy |
| ☐ | CorbinFishers.cn | Buy |
| ☐ | CorbinFishers.co.uk | Buy |
| ☐ | CorbinFishers.de | Buy |

Show all (18) >

**Buy all selected >**

LMH-063
Exhibit 31

Exhibit 32

Show Summary View

Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |
| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Sponsored Listings

**Broke Straight Guys**
They're Hot and they're Broke Straight Guys Go Broke
www.BrokeStraightBoys.com

**Mature Gay Dating**
Meet Gay Mature Singles Near You. View Profiles
100% Free. Join Now!
www.GayMatureDating.com

**Sean Cody**
Is SeanCody.com worth joining? Read reviews of gay
adult websites.
www.gaygeek.com

## Whois: CorbinFisher.com

Acquire this Domain Name

Search Whois Records [        ]  Search

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

Country TLDs | General TLDs

### Whois Record

Related Domains For Sale or At Auction                    1  More >
HenryCorbin.com ($1,249)   CorbinHotel.com ($499)    CorbinGas.com ($477)
SandraCorbinHomes.com ($588)   CorbinHotels.com ($1,849)

Reverse Whois: "Liberty Media Holdings LLC" owns about  231 other domains
Email Search: support@domainpeople.com is associated with about 460,067 domains
domains@libertymediaholdings.com is associated with about 221 domains
Registrar History: 3 registrars
NS History: 6 changes on 6 unique name servers over 7 years.
IP History: 4 changes on 6 unique name servers over 6 years.
Whois History: 300 records have been archived since 2004-03-23.
Reverse IP: 2 other sites hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own
desktop!** Download Now>

CorbinFisher.at   Buy
CorbinFisher.be   Buy
CorbinFisher.es   Buy
CorbinFisher.eu   Buy
CorbinFisher.in   Buy
CorbinFisher.pl   Buy
Show all (8) >

**Buy all selected >**

```
Registration Service Provided By: Domain People
Contact: support@domainpeople.com

Domain name: corbinfisher.com

Registrant Contact:
    Liberty Media Holdings LLC
    Brian Lowderman ()

    Fax:
    302 Washington St Suite 321
    San Diego, CA 92103
    US

Administrative Contact:
    Liberty Media Holdings LLC
    Liberty Media Holdings LLC ( domains@libertymediaholdings.com )

    +1.8885888902
    Fax: +1.8887013086
    302 Washington St Suite 321
    San Diego, CA 92103
```

LMH-064
Exhibit 32

```
      US

Technical Contact:
     Liberty Media Holdings LLC
     Liberty Media Holdings LLC ( domains@libertymediaholdings.com )

     +1.8885888902
     Fax: +1.8887013086
     302 Washington St Suite 321
     San Diego, CA 92103
     US

Status: Locked

Name Servers:
     ns2.domainpeople.com

Creation date: 05 Mar 2003 22:52:15
Expiration date: 05 Mar 2014 00:00:00
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-065
Exhibit 32

Exhibit 33

Document Description: **Registration Certificate**
Mail / Create Date: **09-Jan-2007**

( Previous Page )　　　( Next Page )　　　You are currently on page ⌐1⌐ of ⌐1⌐

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,196,073

Registered Jan. 9, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

# CORBIN FISHER

EXCELSIOR MEDIA LLP (MISSOURI LIMITED LIABILITY PARTNERSHIP)
405 SOUTH DALE MABRY HIGHWAY; SUITE 346
TAMPA, FL 33609

　　FOR: PROVIDING AN ONLINE ADULT WEBSITE FEATURING PHOTOGRAPHS AND VIDEOS IN THE FIELD OF ADULT ENTERTAINMENT; ENTERTAINMENT SERVICES IN THE NATURE OF PROVIDING A WEBSITE ON THE GLOBAL COMPUTER NETWORKS FEATURING INFORMATION IN THE FIELD OF ADULT ENTERTAINMENT; PROVIDING AN ONLINE WEBSITE OF INFORMATION COMPRISING ADULT MATERIAL AND VIEWING THEREOF, AND OTHER ADULT ENTERTAINMENT RELATED NEWS, FACTS, TRIVIA AND HUMOR; ADULT MEMBERSHIP WEBSITE

FEATURING ADULT ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

　　FIRST USE 10-0-2003; IN COMMERCE 1-0-2004.

　　THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

　　THE NAME "CORBIN FISHER" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

　　SER. NO. 78-691,008, FILED 8-11-2005.

KEVIN DINALLO, EXAMINING ATTORNEY

<u>TDR Home</u>

This document may be displayed as a PDF file containing images without text. You may view online or

LMH-066
Exhibit 33

save the entire document by clicking on the file download icon in the upper right corner of this page.

[required PDF viewer]

FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail* TrademarkAssistanceCenter@uspto.gov, *or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving* **technical** *glitches, please e-mail* TDR@uspto.gov. *If outside of the normal business hours of the USPTO, please e-mail* Electronic Business Support, *or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail* USPTO Contact Center (UCC).

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

LMH-067
Exhibit 33

Exhibit 34

By Logging In You Agree to the Terms & Conditions | username | password | LOGIN



CORBIN FISHER



# WARNING!

This website contains images of naked men engaging in sex acts, including gay, sexually-oriented material. Leave now if you are offended by such material, or if you are under the age of 18, or if you live in a community where viewing or possessing adult material is illegal.

**ALL MODELS ARE 18 OF AGE OR OLDER. 18 U.S.C. 2257 Record- Keeping Requirements Compliance Statement**

**DO YOU AGREE TO THE TERMS & CONDITIONS AS DESCRIBED BELOW:**



**AGREE          DISAGREE**

---

**Terms and Conditions**
Liberty Media Holdings
**CorbinFisher.com, AmateurCollegeMen.com, AmateurCollegeSex.com, ShopCorbinFisher.com**
Effective Date: January 1, 2009
Last Modified: February 23, 2009

1. Preliminary Provisions:

    1.1 Introduction – Welcome to our website's Terms and Conditions, or User Agreement (hereinafter, "T&C's" or simply, "Agreement"). The provisions of this Agreement will govern your use of our website, and you should therefore take some time to read it carefully. Should you have any questions or comments regarding our website, or its policies, please feel free to **contact** us.

    1.2 Additionally, through the use of this Agreement, we are placing legal conditions on your use of the following websites: CorbinFisher.com, AmateurCollegeMen.com, ShopCorbinFisher.com, www.CorbinPays.com, and AmateurCollegeSex.com; hereinafter, the "Website" or "Websites"), and making certain promises to you.

    1.3 Party Definitions

        1.3.1 "Us," the service provider – Liberty Media Holdings (hereinafter, also referred to as simply, "LMH,") is the service provider of the

---

In order to prevent minors from viewing adult material, this website is registered with the following:

**ICRA  |  NETNANNY  |  CyberPatrol  |  Cybersitter  |  SurfControl**

CORBIN FISHER IS A MEMBER OF THE FREE SPEECH COALITION

©2004-2010 Liberty Media Holdings. All Rights Reserved. Unauthorized reproduction or distribution of any component of this site, in whole or in part. is a violation of applicable federal copyright laws and international copyright treaties.
Corbin Fisher, Corbin Fisher's Amateur College Men, Amateur College Sex and Excelsior Productions are registered trademarks of Liberty Media Holdings LLC.

LMH-068
Exhibit 34

Related Searches   Mutual funds   Watch movies for free   Singles   FREE mp3 music   Music   Audio   Free music   Library sound   MP3 Music   Audio rec

# CORBINFIHER.COM

| | Search |

The domain **corbinfiher.com** may be for sale by its owner!

Language: [ English ]

Sponsored listings

### RELATED SEARCHES

Mutual funds
Watch movies for free
Singles
FREE mp3 music
Music
Audio
Free music
Library sound
MP3 Music
Audio rec

### BUY THIS DOMAIN

The domain **corbinfiher.com** may be for sale by its owner!

More details...

(sedo·

## LLC in 3 Easy Steps
(1) Sign up (2) Fill in online form (3) Launch your new business today.
**www.LegalZoom.com**

## Incorporate in California
Need to Incorporate? Form an LLC, C or S-Corp. Free corp name check!
**www.directincorporation.com**

## Dun & Bradstreet Reports
Get D&B ® Business Credit Reports Online In 3 Easy Steps! Start Now.
**www.dnb.com**

## California Non Profit
Non-Profit Filing Service Company With Tax & Business Finance Consult
**File501c3.com**

## The Dollar Store Business
The Dollar Store Business Can Be Your Own! Learn How to Get Started.
**www.LibertyDollarStore.com**

## Vending Machine Business
A Cash Cow! 10 Soda/Snack Vending Machines-Locations Secured For You.
**www.1800VENDING.com**

## Start a San Diego Biz
Save Money and Time. Do it Right. LLC's, Corporations, Contracts, Etc
**www.PanakosLaw.com**

## California DBA Filing
Easily File & Publish California DBA's Online! Quick & Simple
**www.SignatureFiling.com/DBA**

## New Business
Quickly Find Info & Resources for Starting Your Own Small Business.
**www.business.com**

## Nevada Registered Agent
Licensed Commercial Registered Agent - Free for Year
**www.BossOffice.com**

Related Searches   Mutual funds   Watch movies for free   Singles   FREE mp3 music   Music   Audio   Free music   Library sound   MP3 Music   Audio rec

This page provided to the domain owner **free** by Sedo's Domain Parking. Disclaimer: Domain owner and Sedo maintain no relationship with third party advertisers. Reference to any specific service or trade mark is not controlled by Sedo or domain owner and does not constitute or imply its association, endorsement or recommendation.

Buy Domains    Sell Domains    Premium Domains    Domain Appraisal    Domain Names for Sale    Domain Parking    Domain Transfer    Domain Auction    Domain Name

LMH-069
Exhibit 34

Related Searches   Phim hong kong   Watch movies online for free   Watch free full movies   Full time jobs   Games   Music   Movie   TV   Art   Radio

# CORBINFIISHER.COM

[                              ] [ Search ]

The domain corbinfiisher.com may be for sale by its owner!

Language: [ English   ]

Sponsored listings

### Free Cell Phones
Get A Free Cell Phone With New Plan From Wirefly.com
**Wirefly.com**

### San Diego Deals
Save Up To 90% On Spas, Family Activities & Restaurants. Join Now!
**www.kgbdeals.com/SanDiego**

### Play Fun, Free Games Now
Take a Break with Free Online Games Play Now & Win Real Prizes!
**ClubBing.com**

### Quality Child care Counts
Find a place where your child can thrive. For more info log on to
**www.First5California.com**

### Free Online Games
Get Instant Access to Loads of Free Online Games at Bing™ Games Today!
**www.bing.com/games**

### Deal or No Deal Online
Make A Million Dollar Deal Today Play The Hit Game Online & Win!
**www.GSN.com**

### Play Kids Games
Play Kids Games Now! it's free
**Kids.Games-playing.com**

### F-Secure Official Site
Award-Winning Protection Software Get 30% Off! Exclusive Online Offer
**www.f-secure.com**

### Learn To Read Reading Fun
Online reading lessons that work guaranteed Fun for kids Free Trial
**www.Headsprout.com/free**

### World of Warcraft
10 Million People Can't be Wrong Download the Free Trial today
**WorldofWarcraft.us.battle.net**

**RELATED SEARCHES**

Phim hong kong
Watch movies online for free
Watch free full movies
Full time jobs
Games
Music
Movie
TV
Art
Radio

**BUY THIS DOMAIN**

The domain
corbinfiisher.com may be
for sale by its owner!

More details...

(sedo·

Related Searches   Phim hong kong   Watch movies online for free   Watch free full movies   Full time jobs   Games   Music   Movie   TV   Art   Radio

This page provided to the domain owner free by Sedo's Domain Parking. Disclaimer: Domain owner and Sedo maintain no relationship with third party advertisers. Reference to any specific service or trade mark is not controlled by Sedo or domain owner and does not constitute or imply its association, endorsement or recommendation.

Buy Domains   Sell Domains   Premium Domains   Domain Appraisal   Domain Names for Sale   Domain Parking   Domain Transfer   Domain Auction   Domain Name

LMH-070
Exhibit 34

**Corbinfisheraw.com**

**Language:**
English
English
Français
Deutsch
Español
Italiano
Português
Dansk
Nederlands
Ελληνικά
Polski
Русский
Türkçe
Suomi
Norsk
Svenska
Indonesia
日本語
한국어
汉语
عربي

**Related Searches**
Raw Workflow
Gay Men
Corbin Fisher
Corbinfisher Lucas
Sean Cody
Seancody Review
WWW Corbinfisher
WWW Seancody com
Photo Raw画像
Corbinfisher com

Search [                    ] ( Search )

**Sponsored listings**

**Sean Cody**
Is SeanCody.com worth joining? Read reviews of gay adult websites.
www.gaygeek.com

**Broke Straight Boys**
They're hot and they're broke but most of all they are straight.
www.BrokeStraightBoys.com

**Meet Gay Men For Sex Now**
Free XXX Photo Personals & Chat Thousands of Guys Are Online Now
www.Men4SexNow.com

**Local Hot Gay Sex**
Hookup with the guy next door. Chat, pics & more. Free to join.
www.MANHUNT.net

**Free Naked Gays**
The hottest naked men. Have some hot gay sex - 100% Free!
GayFuckbookDating.com

LMH-071
Exhibit 34

**Hot Bareback Sex**
100% raw no condoms High quaility orginal video's
www.baretwinks.com
**Date Silver Daddies**
Meet Silver Daddies Near You Today. 100% Free. Join Now!
www.FindAGayLover.com
**Hardcore Barebacking Men**
Hours of Video - Hundreds of Photos 100% Raw Barebacking Action
fuckbare.com
**ICGuys i-see-guys**
The Net's Hottest Guys On Webcam! Free Live Nude Hot Guys Cam Chat
www.ICGuys.com
**Hung Muscle Men Live Cam**
Bulging biceps and iron-clad abs Muscle this big should be illegal!
www.livemuscleshow.com
**Related Searches**
Raw Workflow
Gay Men
Corbin Fisher
Corbinfisher Lucas
Sean Cody
Seancody Review
WWW Corbinfisher
WWW Seancody com
Photo Raw画像
Corbinfisher com
Domain Name Registration |
Web Hosting |
Free Domain Hosting |
Small Business Web Hosting |
Linux VPS Hosting

LMH-072
Exhibit 34

# Corbinfisherraw.com

**Language:**
English
English
Français
Deutsch
Español
Italiano
Português
Dansk
Nederlands
Ελληνικά
Polski
Русский
Türkçe
Suomi
Norsk
Svenska
Indonesia
日本語
한국어
汉语
عربى

**Related Searches**
Raw Workflow
Camera Raw Converter
Corbin Fisher
Sean Cody
Corbinfisher Lucas
Seancody Review
Photo Raw画像
WWW Corbinfisher
WWW Seancody com
Corbinfisher com

Search [                    ] ( Search )

**Sponsored listings**
**Sean Cody**
Is SeanCody.com worth joining? Read reviews of gay adult websites.
www.gaygeek.com
**Meet Gay Men For Sex Now**
Free XXX Photo Personals & Chat Thousands of Guys Are Online Now
www.Men4SexNow.com
**Hot Bareback Sex**
100% raw no condoms High quiality orginal video's
www.baretwinks.com
**Hardcore Barebacking Men**
Hours of Video - Hundreds of Photos 100% Raw Barebacking Action
fuckbare.com
**Meet Horny Shemales**
Find Horny Shemales Near You Today. 100% Free. Join Now!
www.FindaShemaleLover.com

LMH-073
Exhibit 34

**Black Men For White Men**
Find Gay Men For Interracial Love. View Profiles 100% Free. Join Now!
www.InterracialGayDating.com
**Live And Raw**
Live Gay Streaming Video Hot Amatuers & Your Favorite Stars
www.c1r.com
**Nasty Sex Personal Ads**
Booty Calls With Real Local People! Sexy Photo Personals. Get Some Now.
CasualClick.com
**Related Searches**
Raw Workflow
Camera Raw Converter
Corbin Fisher
Sean Cody
Corbinfisher Lucas
Seancody Review
Photo Raw画像
WWW Corbinfisher
WWW Seancody com
Corbinfisher com
Domain Name Registration |
Web Hosting |
Free Domain Hosting |
Small Business Web Hosting |
Linux VPS Hosting



# LOWPRICE$HOPPER.COM
### Information. Ideas. Savings.

| corn bin | corn bin | ( Find it! ) |
|---|---|---|

Home > corn bin

**Best Matches for corn bin**   (Sponsored Links)

**Categories matching corn bin**

- Home Organization
- Posters & Prints
- Miscellaneous Appliance Accessories

## Grain Bins -Sioux Steel
Sioux Steel Grain Storage Solutions Farm and Commercial Grain **Bins**
www.SiouxSteel.com

## Grain Bin
Find Grain **Bin** Online. Free Shipping $50 on 100,000 Items!
Target.com/FreeShipping

## San Diego - Grain Bin
Looking for Grain **Bin** in San Diego? Find it here!
www.local.com

## Industrial Supplies
Full line of industrial equipment and supplies. One stop shopping!
www.badgerIE.com

## Heavybilt Grain Bins
Built to Last and Made to Work! Offering the Widest Variety of **Bins**
www.heavybiltmfg.com

## Crop Storage Solutions
On-Farm, DIY Grain Storage Systems Crop Circles, Bunkers, Grain Tarps
www.agristeelonline.com

## Food Bin
Wooden Kitchen Storage **Bin**-$29.99 Plus 1,500 Items less than $14.99
www.CollectionsEtc.com

## Popcorn at ePopcorn.com
Popcorn machines, popcorn supplies, and delicious gourmet popcorn tins.
www.ePo**pcorn**.com

## Durable Prefab Buildings
All types such as Workshops, Barns, Steel Garages, Sheds and Warehouses
www.AmericanSteelSpan.com/

## Hopper Bottom Feed Bins
Quality built, easy to assemble, many sizes to fit your needs.
www.GrainFarmer.com

Privacy Policy   |   User Agreement

LowPriceShopper® and LowPriceShopper.com® are registered servicemarks. Copyright 1996-2010. All rights reserved.

LMH-075
Exhibit 34

Related Searches  Jobs   Sports   News   Live maps   Billiard   Sports betting   Champion billiards   Sports equipment   Billiard ball   Snooker vs billiards

# CORBIMFISHER.COM

[_____] [Search]

Language: [ English  ↕ ]

Sponsored listings

**RELATED SEARCHES**

Jobs
Sports
News
Live maps
Billiard
Sports betting
Champion billiards
Sports equipment
Billiard ball
Snooker vs billiards

## NORDSTROM - Official Site
Shop apparel, shoes, beauty & more. Free Shipping on Orders Over $200!
www.nordstrom.com

## JCPenney™ Official Site
One Day Sale: Save Big Sitewide! Free Shipping Over $49 Thru 9/7.
JCPenney.com

## BIM Education
Let our team of experts assist Implementation and Training
www.linkedin.com/in/edgegts.com

## BIM copyright arch law
BIM architectural / construction design/ copyright law
www.constructiondocument.com

## Lord & Taylor
Save 25% Off Clearance Plus 15% Off Regular and Sale Items! Shop Now
www.LordandTaylor.com

## BIM Consulting and Design
BIM assessment, strategy, training designers serving designers
cscos.com/technologies/BIM

## Free BIM Objects
100's of Data-rich BIM Objects spanning a wide range of products.
www.arcat.com

## SlideMate
Print slide on-demand at the microtome or Cyto slide processor.
www.thermoscientific.com/pathology

## Architectural As-Built
3D Laser Scan Accurate Measured- Drawings/BIM-NationwideProfessional
www.existingconditions.com

## BIM/Revit models
Laser surveys, existing buildings Revit, Bentley, AutoCAD 3D
www.it-fp.com

Related Searches   Jobs   Sports   News   Live maps   Billiard   Sports betting   Champion billiards   Sports equipment   Billiard ball   Snooker vs billiards

This page provided to the domain owner free by Sedo's Domain Parking. Disclaimer: Domain owner and Sedo maintain no relationship with third party advertisers. Reference to any specific service or trade mark is not controlled by Sedo or domain owner and does not constitute or imply its association, endorsement or recommendation.

Buy Domains   Sell Domains   Premium Domains   Domain Appraisal   Domain Names for Sale   Domain Parking   Domain Transfer   Domain Auction   Domain Name

LMH-076
Exhibit 34

 # Safari can't find the server.

Safari can't open the page "http://corbimfisheer.com/" because Safari can't find the server "corbimfisheer.com".

You can use Google to search the web for this text.

Q corbimfisheer.com 

LMH-077
Exhibit 34



Related Searches | Ringtones | Cars |

# Corbinfissher.com

[                    ]  [ Search ]

**Related Searches**

| Cheap Flights | Dating | Music Downloads |
|---|---|---|
| Shopping | Jobs | Dvds |
| Bargains | Digital Cameras | Weight Loss |
|  |  | Flowers |

**Related Searches**

Cheap Flights
Dating
Music Downloads
Shopping

Jobs
Dvds
Bargains

Digital Cameras
Weight Loss
Flowers

LMH-078
Exhibit 34

# トミックス通販人気ランキング 激安・口コミ

## 激安トミックス関連商品通販ネットショップから格安トミックス関連商品を紹介しています。

- ホーム
- サイト情報
- 利用規約
- お問い合わせ

## 売れ筋商品ランキング

### 第1位〜第10位

- **1位** 電動ハブラシ ハピカ (ピンク)



在庫あり

- **2位** ハピカ マイナスイオン ハブラシ

在庫あり

- **3位** 電動ハブラシ こどもハピカ替えブラシ 4本入り

在庫あり

- **4位** 電動ハブラシ ハピカ 替えブラシ 4本入り

在庫あり

¥609 → **¥399**

**34** %OFF!!

電動歯ブラシ[ハピカ]

「電動ハブラシハピカ(ピンク)」は、毎分7000回の超微細タタキ振動で、歯垢を落としながら同時に歯ぐきをマッサージする、歯と歯ぐきにやさしい電動歯ブラシです

詳細はこちら

LMH-079
Exhibit 34



**5位** 電動ハブラシ ハピカ（ブルー）

**¥577**

在庫あり

- **6位** 電動ハブラシ こどもハピカ（ピンク）

**電動歯ブラシ[ハピカ]**

在庫あり

- **7位** 電動ハブラシ こどもハピカ（ブルー）

「ハピカマイナスイオンハブラシ」は、みがくとマイナスイオン発生する電動歯ブラシ

在庫あり

詳細はこちら



**8位** MINIMUM/レーシーティアードキュロット(ベージュ系(051))

~~¥504~~ → **¥388**

**23 %OFF!!**

在庫あり

- **9位** MINIMUM/ラインストーンリボンカゴバッグ(ブラック(119))

**電動歯ブラシ用替ブラシ[ハピカ]**

在庫あり

- **10位** MINIMUM/ハイウエストシフォンワンピース(ベージュ系(151))

「電動ハブラシこどもハピカ替えブラシ4本入り」は、毎分7000回の超微細タタキ振動で、歯垢を落としながら同時に歯ぐきをマッサージする、歯と歯ぐきにやさしい子供用電動歯ブラシ「こどもハピカ」の替ブラシです

在庫あり

66件中 1 - 10件目
←前へ 1 2 3 4 5 6 7 次へ→

詳細はこちら



「トミックス通販人気ランキング 激安・口コミ」運営スタッフの激安人気おすすめ通販です。

**▲ページの先頭へ**

¥504 → **¥493**

**2**
**%OFF!!**

## カテゴリ

- レディースファッション(50)
- 腕時計、アクセサリー(7)
- ダイエット、健康グッズ(7)
- 家電(1)

## 価格帯

- 5千円未満(15)
- 5千円以上〜1万円未満(36)



1万円以上〜3万円未満(15)

### 割引率

- 〜10％OFF(1)
- 11％〜30％OFF(3)
- 31％〜50％OFF(3)

## おすすめサイト

- オーキッドシード
- ブライトリング
- ヘンケルス・ツヴィリング
- シトラスノーツ
- コータック



常陸牛
- インバーアラン
- フィンノール
- テラパックス

### 電動歯ブラシ用替ブラシ[ハピカ]

「電動ハブラシハピカ替えブラシ4本入り」は、毎分7000回の超微細タタキ振動で、歯垢を落としながら同時に歯ぐきをマッサージする、歯と歯ぐきにやさしい「電動ハブラシハピカ」の替ブラシです

詳細はこちら

¥609 → **¥399**

•
**34**
**%OFF!!**

### 電動歯ブラシ[ハピカ]

「電動ハブラシハピカ(ブルー)」は、毎分7000回の超微細タタキ振動で、歯垢を落としながら同時に歯ぐきをマッサージする、歯と歯ぐきにやさしい電動歯ブラシです

詳細はこちら

•

**¥609**

LMH-081
Exhibit 34



- 運営者概要
- 個人情報の取り扱い
- リンクについて
- サイトマップ

Copyright © 2010 トミックス通販人気ランキング 激安・口コミ All Rights Reserved.

**電動歯ブラシ[ハピカ]**

「電動ハブラシこどもハピカ(ピンク)」は、毎分7000回の超微細タタキ振動で、歯垢を落としながら同時に歯ぐきをマッサージする、歯と歯ぐきにやさしい電動歯ブラシの子供用タイプです

詳細はこちら

~~¥609~~ → ¥399

34 %OFF!!

**電動歯ブラシ[ハピカ]**

「電動ハブラシこどもハピカ(ブルー)」は、毎分7000回の超微細タタキ振動で、歯垢を落としながら同時に歯ぐきをマッサージする、歯と歯ぐきにやさしい電動歯ブラシの子供用タイプです

詳細はこちら

¥9,345

■スカート爽やかフェミニンをシルエットで演出スカラップ状にカットしたコットンベースの生地を、ティアードデザインでアレンジしたデザインが新鮮

詳細はこちら

LMH-082
Exhibit 34

## ¥6,195

■バッグ愛らしいバッグを連れて、颯爽と春の街へラインストーンをちりばめたスイートなリボンをあしらった、ストロー素材のカゴバッグ

詳細はこちら



## ¥22,050

■ワンピース旬のフルーツを、モードのファッションにオン

詳細はこちら

LMH-083
Exhibit 34

Sorry! This site is not currently available.

LMH-084
Exhibit 34

# This site has stepped out for a bit



LMH-085
Exhibit 34

**Related Searches**
Bras
How to lose weight fast
Watch free movie
Printable forms
Investment
Credit card
Finance
Sms
Loans
Online Business

Search [                    ] ( Search )

**Ilovecorbinfisher.com**

This domain name expired on Aug 14 2010 06:43AM. Click here to renew it.

**Related Searches**
Bras
How to lose weight fast
Watch free movie
Printable forms
Investment
Credit card
Finance
Sms
Loans
Online Business

[                    ] ( Search )

**Popular Categories**

**Finance**
Debt
Credit Card
Insurance
Investment
Tax

**Electronics**
DVD Rental
Mobile Phones
Digital Cameras
Telephones
PDAs

**Business**
Business Plan
Jobs
IT Training
Management
Home work

**Games**
XBox
XBox360
Playstation2
Playstation3
PSP

**Internet**
Domain Name
Web Design
Web Hosting
DSL
ISP

**Lifestyle**
Fitness
Weight Loss
Diet
Sleep
Vitamins

**Gifts**
Birthday Gifts
Wedding
Flowers
Jewellry
Unusualgift

**Computers**
Data Recovery
Survey Software
Hardware
Laptops
Servers

**Dating**
Mobile dating
Singles
Gay dating
Chat
Speed dating

**Entertainment**

**Shopping**

**Travel**

LMH-086
Exhibit 34

| | | |
|---|---|---|
| Music | Fashion | Flights |
| Tickets | Furniture | Cruises |
| MP3s | Xp Sales | Rental Cars |
| Movies | Lingerie | Vacations |
| Sports | Shoes | Last Minute |

**Related Searches**
Bras
How to lose weight fast
Watch free movie
Printable forms
Investment
Credit card
Finance
Sms
Loans
Online Business

LMH-087
Exhibit 34



# Safari can't find the server.

Safari can't open the page "http://abercorbinandfisher.com/" because
Safari can't find the server "abercorbinandfisher.com".

You can use Google to search the web for this text.

$\mathbf{Q}$ abercorbinandfisher.com 

LMH-088
Exhibit 34

# Corbin Fisher

Corbin Fisher and Amateur College Men welcomes you

## **Enter Corbin Fisher Now**

LMH-089
Exhibit 34



# Welcome to **corbingfisher.com**

**To purchase this domain name, click here**

Related Searches

- ➜ **College Man**
- ➜ **Vod**
- ➜ **Nude male photo**
- ➜ **Big dick**
- ➜ **Latino Man**
- ➜ **Nude guys**
- ➜ **Amateur Straight Guys**
- ➜ **Gay directory**
- ➜ **Escort**
- ➜ **Man Avenue**
- ➜ **Exhibitionist**

### Related Searches

| | | |
|---|---|---|
| ▸ **Straight guys** | ▸ **Fisher cat** | ▸ **Fisher Electronics Customer Service** |
| ▸ **Fisher metal detectors** | ▸ **Fisher Electronic** | ▸ **Fisher price little people Christmas** |
| ▸ **Fisher** | ▸ **Fisher price little people** | ▸ **Fisher Studio Standard** |
| ▸ **Fisher and paykel** | ▸ **Fisher television** | ▸ **Fisher manuals** |

[ Search ]

**related searches**

Straight guys  |  Fisher cat  |  Fisher Electronics Customer Service  |  Fisher metal detectors  |  Fisher Electronic

© 2010 corbingfisher.com. All Rights Reserved. Contact Us

LMH-090
Exhibit 34

By Logging In You Agree to the Terms & Conditions  | username | password | LOGIN |



# CORBIN FISHER



# WARNING!

This website contains images of naked men engaging in sex acts, including gay, sexually-oriented material. Leave now if you are offended by such material, or if you are under the age of 18, or if you live in a community where viewing or possessing adult material is illegal.

**ALL MODELS ARE 18 OF AGE OR OLDER. 18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement**

**DO YOU AGREE TO THE TERMS & CONDITIONS AS DESCRIBED BELOW:**

 

**AGREE**    **DISAGREE**

---

**Terms and Conditions**
Liberty Media Holdings
**CorbinFisher.com, AmateurCollegeMen.com, AmateurCollegeSex.com, ShopCorbinFisher.com**
Effective Date: January 1, 2009
Last Modified: February 23, 2009

1. Preliminary Provisions:

   1.1 Introduction – Welcome to our website's Terms and Conditions, or User Agreement (hereinafter, "T&C's" or simply, "Agreement"). The provisions of this Agreement will govern your use of our website, and you should therefore take some time to read it carefully. Should you have any questions or comments regarding our website, or its policies, please feel free to **contact** us.

   1.2 Additionally, through the use of this Agreement, we are placing legal conditions on your use of the following websites: CorbinFisher.com, AmateurCollegeMen.com, ShopCorbinFisher.com, www.CorbinPays.com, and AmateurCollegeSex.com; hereinafter, the "Website" or "Websites"), and making certain promises to you.

   1.3 Party Definitions

      1.3.1 "Us," the service provider – Liberty Media Holdings (hereinafter, also referred to as simply, "LMH,") is the service provider of the

---

In order to prevent minors from viewing adult material, this website is registered with the following:

**ICRA  |  NETNANNY  |  CyberPatrol  |  Cybersitter  |  SurfControl**

CORBIN FISHER IS A MEMBER OF THE FREE SPEECH COALITION

©2004-2010 Liberty Media Holdings. All Rights Reserved. Unauthorized reproduction or distribution of any component of this site, in whole or in part, is a violation of applicable federal copyright laws and international copyright treaties.
Corbin Fisher, Corbin Fisher's Amateur College Men, Amateur College Sex and Excelsior Productions are registered trademarks of Liberty Media Holdings LLC.

https://www.corbinfisher.com/CFSplash.aspx?Aff=y&ss=1

LMH-091
Exhibit 34

By Logging In You Agree to the Terms & Conditions | **username** | **password** | LOGIN





# WARNING!

This website contains images of naked men engaging in sex acts, including gay, sexually-oriented material. Leave now if you are offended by such material, or if you are under the age of 18, or if you live in a community where viewing or possessing adult material is illegal.

**ALL MODELS ARE 18 OF AGE OR OLDER. 18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement**

**DO YOU AGREE TO THE TERMS & CONDITIONS AS DESCRIBED BELOW:**



AGREE          DISAGREE

**Terms and Conditions**
Liberty Media Holdings
**CorbinFisher.com, AmateurCollegeMen.com, AmateurCollegeSex.com, ShopCorbinFisher.com**
Effective Date: January 1, 2009
Last Modified: February 23, 2009

1. Preliminary Provisions:

   1.1 Introduction – Welcome to our website's Terms and Conditions, or User Agreement (hereinafter, "T&C's" or simply, "Agreement"). The provisions of this Agreement will govern your use of our website, and you should therefore take some time to read it carefully. Should you have any questions or comments regarding our website, or its policies, please feel free to **contact** us.

   1.2 Additionally, through the use of this Agreement, we are placing legal conditions on your use of the following websites: CorbinFisher.com, AmateurCollegeMen.com, ShopCorbinFisher.com, www.CorbinPays.com, and AmateurCollegeSex.com; hereinafter, the "Website" or "Websites"), and making certain promises to you.

   1.3 Party Definitions

   1.3.1 "Us," the service provider – Liberty Media Holdings (hereinafter, also referred to as simply, "LMH.") is the service provider of the

In order to prevent minors from viewing adult material, this website is registered with the following:

**ICRA   |   NETNANNY   |   CyberPatrol   |   Cybersitter   |   SurfControl**

CORBIN FISHER IS A MEMBER OF THE FREE SPEECH COALITION

©2004-2010 Liberty Media Holdings. All Rights Reserved. Unauthorized reproduction or distribution of any component of this site, in whole or in part, is a violation of applicable federal copyright laws and international copyright treaties.
Corbin Fisher, Corbin Fisher's Amateur College Men, Amateur College Sex and Excelsior Productions are registered trademarks of Liberty Media Holdings LLC.

LMH-092
Exhibit 34




# Corbin Fisher Passwords



This is a list of passwords for access into gay porn xxx pay sites such as Corbin Fisher, Sean Cody, Tylers Room, etc. Gay passwords and requests, submissions, irc password postings, informing gay paysite owners with movies that security has been compromised.

Passwords to sites with gay movies, whose members have shared their password through irc channels or various chat networks. Some subscribers submit their passwords directly to this gay password site by email. If you see your site listed and would like it removed contact the webmaster.

Our gay password list includes passwords to corbin fisher, sean cody, gayvideosxxx, gayblinddatesex, x-ratedgayporn, raw gay videos, tyler's room, all star studs, oh boys, absolutely male, twinks for cash, videosexogay, muscle men xxx, boys gone bad, male next door, gayhentaixxx pass, amazonaboy login, tylersroom.net, boysgonebad password, ohboys.com, corbinfisher.com, . These sites contain nudity, sex, glory holes, and other gay sex acts, and should not be viewed by anyone under the age of 18. If you are easily offended by sex, porn, xxx, gay men, homosexuality, male genetals, or naked men, you should exit this site by closing the window.











| Site | URL | Password |
|---|---|---|
| Corbin Fisher | http://www.corbinfisher.com/membersarea/ | lazzaro:1312mcc |
| Sean Cody | http://www.seancody.com/members/ | 7qu-gay-5:7-pass-5 |
| 2 Gay Passwords | Vote for us by clicking here | Thanks:Forthevote |
| Tylers Room | http://www.tylersroom.com/membersarea/ | chitopeso:nytroflor |
| Tylers Room | http://www.tylersroom.com/membersarea/ | fcoltrane:daniel54 |

| | | |
|---|---|---|
| Video Sexo Gay | http://www.videosexogay.com/members | caliente:chico |
| Gay Video Galleries | http://www.gayvideogalleries.com/members | freddy:videoman |
| Dicks Movie Post | http://www.dicksmoviepost.com/members | vertigo:placebo |
| XXX Prince | http://www.xxxprince.com/home.html | nordica:haircut |
| Corbin Fisher | http://www.corbinfisher.com/membersarea/ | ranjan:chance |
| Corbin Fisher | http://www.corbinfisher.com/membersarea/ | atrystan:server |
| Twinks For Cash | http://www.twinksforcash.com/members | miketx:bluefox |
| Twinks For Cash | http://www.twinksforcash.com/members | djcroc:adeade |
| Musclemenxxx | http://www.musclemenxxx.com/members | karlen:moto |
| Musclemenxxx | http://www.musclemenxxx.com/members | y_1975:74nnova |
| Musclemenxxx | http://www.musclemenxxx.com/members | spyvan72:36163 |
| Boysgonebad | http://www.boysgonebad.com/members/ | creiswirth:libby1 |
| Boysgonebad | http://www.boysgonebad.com/members/ | nowsy1:19518a |
| Video Sexo Gay | http://www.videosexogay.com/members | caliente:chico |
| Corbin Fisher | http://www.corbinfisher.com/membersarea/ | posions:rawsters |
| CorbinFisher | http://www.corbinfisher.com/membersarea/ | joiluoi:aih40c3 |
| Am I Straight | http://www.amistraight.com/members/ | caldor:dewitt |
| Am I Straight | http://www.amistraight.com/members/ | georgie:aperils |
| Broke Straight Boys | http://www.brokestraightboys.com/members/ | eaglel:gaychicos |
| Broke Straight Boys | http://www.brokestraightboys.com/members/ | big9:ripper31 |
| Gay Hentai XXX | http://www.gayhentaixxx.com/members | milley:S09oma |
| Gay Hentai XXX | http://www.gayhentaixxx.com/members | bracker:oiueay |
| Cum on Boys | http://www.cumonboys.com/members | javascript : hack |
| Cum on Boys | http://www.cumonboys.com/members | javascript : hack |
| Cum on Boys | http://www.cumonboys.com/members | javascript : hack |
| Gay Ebony | http://www.gayebonyxxx.com/members | password : hack |
| Gay Videos XXX | http://www.gayvideosxxx.com/members | wilimon:00069 |
| Gay Videos XXX | http://www.gayvideosxxx.com/members | twin18:hungboy |
| Gay Videos XXX | http://www.gayvideosxxx.com/members | gordito:peaches |
| Gay Videos XXX | http://www.gayvideosxxx.com/members | mpop:xxxx4444 |

LMH-094
Exhibit 34

| | | |
|---|---|---|
| Male Next Door | http://www.malenextdoor.com/members | rob_4321t:enter |
| Gay Kingdom | http://www.gaykingdom.com/members | nikesne:hospital |
| Gay Kingdom | http://www.gaykingdom.com/members | yanick:tamtam |
| Gay Kingdom | http://www.gaykingdom.com/members | johnnb17:gdento |
| X-rated gay porn | http://www.x-ratedgayporn.com/members | dp13450:pow455 |
| X-rated gay porn | http://www.x-ratedgayporn.com/members | yu3721:370421 |
| X-rated gay porn | http://www.x-ratedgayporn.com/members | testuserh:access |
| X-rated gay porn | http://www.x-ratedgayporn.com/members | Richard:energy |
| Circle Jerk Boys | http://members.circlejerkboys.com | passat:jurispru |
| Circle Jerk Boys | http://members.circlejerkboys.com | arabtop:30011945 |
| Circle Jerk Boys | http://members.circlejerkboys.com | valdom68:buttes |
| Absolutely Male | http://www.absolutelymale.com | 0095:3434 |
| Absolutely Male | http://www.absolutelymale.com | peeteoli:7666256 |
| Absolutely Male | http://www.absolutelymale.com | jerden69:asshole6 |
| Absolutely Male | http://www.absolutelymale.com | 40951716:music76 |
| Oh Boys | http://www.ohboys.com/members | ca82000:ca82k |
| Oh Boys | http://www.ohboys.com/members | janusz:strusiek |
| Oh Boys | http://www.ohboys.com/members | louhoney:khsl97 |
| Oh Boys | http://www.ohboys.com/members | tom_mci:spadebit |
| All Star Studs | http://www.allstarstuds.com/members | keng:bighardo |
| All Star Studs | http://www.allstarstuds.com/members | oscoola:hogfa |
| All Star Studs | http://www.allstarstuds.com/members | aquaman:jr93720 |
| All Star Studs | http://www.allstarstuds.com/members | drothe:redrum |
| All Star Studs | http://www.allstarstuds.com/members | sellier:591135 |
| Gay Amateur XXX | http://www.gayamateurxxx.com/members | tiz1980:sand55 |
| Gay Amateur XXX | http://www.gayamateurxxx.com/members | michel:twinks |
| Gay Amateur XXX | http://www.gayamateurxxx.com/members | david43:jackso |
| Gay Amateur XXX | http://www.gayamateurxxx.com/members | andrew:bears |
| Gay Blind Date Sex | http://www.gay-blinddate-sex.com/members | riode:janeiro |
| Gay Blind Date Sex | http://www.gay-blinddate-sex.com/members | sigojoe:triad1 |

LMH-095
Exhibit 34

Gay Blind Date Sex   http://www.gay-blinddate-sex.com/members   foneboy1:obvious1

Sean Cody   http://www.seancody.com/members/   bostonboy:abb

## Gay Password List        Gay Password Alliance        Gay Hacking

### Gay Hacks        2 Gay Passwords        Gay Passwords



We're glad you enjoyed surfing through the gay porn video websites posted on this list. If you want to submit a password of your own, please go to the gay password submission site.

Corbin Fisher Passwords lists passwords to sites with adult content, whose members have shared their password through irc channels or various chat networks. Some subscribers submit their passwords directly to this gay password site by email. If you see your gay movie or video site listed and would like it removed contact the webmaster.

Our gay password list includes passwords to sean cody, gayvideosxxx, gayblinddatesex, x-ratedgayporn, raw gay videos, tyler's room, Corbin Fisher, all star studs, oh boys, totally latinos, amazing black men, absolutely male, twnks for cash,, male next door. These sites contain nudity, sex, glory holes, and other gay sex acts, and should not be viewed by anyone under the age of 18.

LMH-096
Exhibit 34

# Welcome to **corbinfishers.com**

Sponsored listings for corbinfishers.com:

### David Fisher
Superior options trading technology from industry leading optionsXpress
optionsXpress.com

### Corbin Seats
Bid on Corbin Seats now! Find great deals & huge selection.
www.eBay.com

### Accessories
Shop Smart, Save Big. Find Accessories at Bing™ Shopping!
Bing.com/Shopping

### San Diego Auto Upholstery
619-474-4684 Arroyo Upholstery Auto & Boat Upholstery Restoration
www.ArroyoUpholstery.com

### Motorcycle Accessories
Free Shipping, Top Brands, In Stock Low Price Guarantee, Free Magazine!
Motorcycle-Superstore.com

### Fischer Progressor 9+
The ultimate recreational race ski $549.99 with free shipping
www.suburbansport.com

### Motorcycles for Sale
Classified Ads for Motorcycles Thousands of Local Listings
Motorcycles.ClassifiedAds.com

### Sandrails & Sandtoys
Protect your Sandrail and sandtoys & your family from costly accidents
www.downtowninsurance.com

### Motorcycle Seats Online
Shop Saddleman Motorcycle Seats & Cushions at JC Whitney & Ship Free.
www.JCWhitney.com/Motorcycle-Seats

### Motorcycle
Cheap Motorcycles at a Great Deal! Cars from $500, Seized Merchandise
www.PoliceAuctions.com

**Related Searches:**

Nude Male Photo

Erotic Art

Gay Porn

Fishers In

Fishers Tourism

Fishers Travel

College Man

Fishers Demographics

Fishers Directions

Man Avenue

Naked Straight Man

Yamaha Motorcycle

Honda Accessories

Motorcycle Exhaust

Kawasaki Motorcycle

## This domain may be for sale. **Buy this Domain**

LMH-097
Exhibit 34

Legal Terms

LMH-098
Exhibit 34

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Liberty Media Holdings, LLC

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Marc J. Randazza, SBN 269535, Randazza Legal Group
3969 Fourth Ave., Suite 204, San Diego, CA 92103
619-866-5975, 619-866-5976 (fax), mjr@randazza.com

## DEFENDANTS
James March, et al.

10 AUG 31 AM 9: 01

County of Residence of First Listed Defendant    Sacramento
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

'10 CV 1809 WQH    BLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 625 Drug Related Seizure |    28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |    Liability |    of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
|    & Enforcement of Judgment |    Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 650 Airline Regs. | ☐ 830 Patent |    Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |    Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
|    Student Loans | ☐ 340 Marine |    Safety/Health | | ☐ 490 Cable/Sat TV |
|    (Excl. Veterans) | ☐ 345 Marine Product | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment |    Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
|    of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) |    Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle |    Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract |    Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |    12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |    Injury |    & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. |    or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ |    Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land |    Accommodations | |    26 USC 7609 |    Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 462 Naturalization Application | |    Under Equal Access |
| |    Employment | ☐ 463 Habeas Corpus - | |    to Justice |
| | ☐ 446 Amer. w/Disabilities - |    Alien Detainee | | ☐ 950 Constitutionality of |
| |    Other | ☐ 465 Other Immigration | |    State Statutes |
| | ☐ 440 Other Civil Rights |    Actions | | |

**PERSONAL INJURY**
☐ 362 Personal Injury -
   Med. Malpractice
☐ 365 Personal Injury -
   Product Liability
☐ 368 Asbestos Personal
   Injury Product
   Liability
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal
   Property Damage
☐ 385 Property Damage
   Product Liability

**PRISONER PETITIONS**
☐ 510 Motions to Vacate
   Sentence
   Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Section 1125(d)
Brief description of cause:
Cyberpiracy and trademark infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $    $100,000 per infringement
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE      DOCKET NUMBER

DATE
August 27, 2010

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 17449    AMOUNT $350 —    APPLYING IFP      JUDGE      MAG. JUDGE

DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS017449
Cashier ID: mbain
Transaction Date: 08/31/2010
Payer Name: MARC J RANDAZZA PA
------------------------------------
CIVIL FILING FEE
  For: LIBERTY MEDIA V JAMES MARCH
  Case/Party: D-CAS-3-10-CV-001809-001
  Amount:       $350.00
------------------------------------
CHECK
  Check/Money Order Num: 1055
  Amt Tendered:  $350.00
------------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.