Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 AUG 31  AM 10: 28

CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALI...

BY: _____ DEPUTY

LIBERTY MEDIA HOLDINGS, LLC,
LLC, a California Corporation

vs

JAMES MARCH, individually, et al.
(See Attachment A for full list of Defendants)

**SUMMONS IN A CIVIL ACTION**

Case No. 10-CV-1809

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Marc Randazza
Randazza Legal Group
302 Washington Street, Suite 321
San Diego, CA 92103

An answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

8 1 AUG 2010

DATE

By   M. BROWN   , Deputy Clerk



Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

1  Marc J. Randazza, Esq. SBN 269535
   Randazza Legal Group
2  302 Washington Street, Suite 321
   San Diego, CA 92103
3  619-866-5975
   619-866-5976 fax
4  mjr@randazza.com

5  Attorney for Plaintiff
   LIBERTY MEDIA HOLDINGS, LLC
6

7

8              UNITED STATES DISTRICT COURT

9         SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

10 
   LIBERTY MEDIA HOLDINGS, LLC         )  Case No. 10-CV-1809
11 A California Corporation             )
                                        )  **Attachment A to Summons**
12         Plaintiff,                   )
                                        )
13    vs.                               )
                                        )
14 JAMES MARCH, individually; PERRY     )
   SJOGREN, individually; DI S.A, a foreign )
15 corporation; CORBINFISHERAW.COM, a   )
   Washington Corporation,              )
16 CORBINFISHERRAW.COM, a Washington    )
   corporation; ABOVE.COM DOMAIN        )
17 PRIVACY, a foreign corporation; DOMAINS )
   BY PROXY, INC., an Arizona Corporation; )
18 PRIVACYPROTECT.ORG; ADRUSH MEDIA, )
   a foreign corporation; NAMEVIEW, INC. a )
19 foreign corporation; MYCLICKTO.COM, a )
   California corporation; WHOISPROTECTOR, )
20 INC., an Illinois corporation; DIRECT )
   PRIVACY ID 826C9; WHOIS PRIVACY      )
21 PROTECTION SERVICES, INC., a Washington )
   Corporation; and DOES 1-500          )
22                                       )
           Defendants.                   )
23 _____ )

24

25

26

27

28

                                    1

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER | TITLE |
| Check one box below to indicate appropriate method of service ||

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | | TOTAL 0 | |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____

Date _____   Signature of Server _____

Address of Server _____

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)