Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES MARCH, individually; PERRY SJOGREN, individually; DI S.A, a foreign corporation; CORBINFISHERAW.COM, a Washington Corporation, CORBINFISHERRAW.COM, a Washington corporation; ABOVE.COM DOMAIN PRIVACY, a foreign corporation; DOMAINS BY PROXY, INC., an Arizona Corporation; PRIVACYPROTECT.ORG; ADRUSH MEDIA, a foreign corporation; NAMEVIEW, INC. a foreign corporation; MYCLICKTO.COM, a California corporation; WHOISPROTECTOR, INC., an Illinois corporation; DIRECT PRIVACY ID 826C9; WHOIS PRIVACY PROTECTION SERVICES, INC., a Washington Corporation; and DOES 1-500<br><br>    Defendants. | Case No. 10-CV-1809-WQH-BLM<br><br>**NOTICE OF DISMISSAL AS TO WHOISPROTECTOR, INC.** |

1

1  Plaintiff, Liberty Media Holdings hereby dismisses Defendant WhoisProtector, Inc. from
2  the above-captioned action without prejudice.

4  Dated: September 24, 2010                    Respectfully submitted,

   s/ Marc Randazza
   Marc J. Randazza, SBN 269535
   Randazza Legal Group
   302 Washington Street, Suite 321
   San Diego, CA 92103
   619-866-5975
   619-866-5976 (fax)
   mjr@randazza.com