Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
619-866-5975
619-866-5976 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MARCH, individually; PERRY SJOGREN, individually; DI S.A, a foreign corporation; RYOICHI WATANABE, an individual; MARK BURKE, an individual; JASON PHILLIPS, an individual; DAVID SMITH, an individual; ADRUSH MEDIA, a foreign corporation; NAMEVIEW, INC. a foreign corporation; MYCLICKTO.COM, a California corporation; DIRECT PRIVACY ID 826C9; and DOES 1-500<br><br>Defendants. | Case No. 10-CV-1809-WQH-BLM<br><br>**DECLARATION OF MARC RANDAZZA IN SUPPORT OF MOTION FOR ALTERNATE SERVICE ON DEFENDANTS RYOICHI WATANABE, JASON PHILLIPS, DAVID SMITH, ADRUSH MEDIA, AND DIRECT PRIVACY ID 826C9** |

I, MARC RANDAZZA, declare under penalty of perjury that:

1. I am the counsel for Plaintiff Liberty Media Holdings, LLC.

2. The following statements are based upon personal knowledge of the facts, and if called to, I would be able to competently testify to the facts contained herein.

3. I am familiar with the actions of foreign-based, offshore intellectual property thieves. It is within my knowledge and expertise that a large percentage of intellectual property thieves take active steps to avoid liability for their actions, including but not limited to falsifying Whois

1

1  information, providing fake physical addresses (if any are provided at all), and taking other
2  active steps to avoid service.

3  4.  Rule 4(f)(3) allows Defendants in a foreign country to be served "by other means not
4  prohibited by international agreement, as the court orders."

5  5.  As such, Plaintiff Liberty needs prior permission in order to serve defendants via
6  alternative methods of service.

7  6.  I have found email addresses to use in order to contact the Defendants who are the
8  subject of the instant motion as follows:

    a.  RYOICHI WATANABE at getbigfast2010@gmail.com,

    b.  JASON PHILLIPS at info@jasonphillips.co.uk,

    c.  DAVID SMITH at parkdns@gmail.com,

    d.  ADRUSH MEDIA at adrushmedia@gmail.com,

    e.  DIRECT PRIVACY ID 826C9 at corbinfisherpasswords@directniprivacy.com.

7.  Electronic service is the most viable method for serving these hidden defendants. Moreover, I have utilized these email addresses in a series of email exchanges with Defendants RYOICHI WATANABE, JASON PHILLIPS, DAVID SMITH, and ADRUSH MEDIA concerning this action.

8.  It is my professional opinion that, if the parties to this suit were served with documents in this case via email, they would receive them and have notice of the claims against them with more certainty than if traditional means of service were required.

9.  Three out of the five defendants (Watanabe, Phillips and Adrush Media) who are the subjects of this motion have already acknowledged receipt of these materials, and one additional defendant (Smith) communicated with me prior to the receipt of the formal complaint . See Exhibit 1.

Signed under penalty of perjury this 12th day of November, 2010 in San Diego, California.

                                        s/ Marc Randazza
                                        Marc J. Randazza, SBN 269535
                                        302 Washington Street, Suite 321
                                        San Diego, CA 92103
                                        619-866-5975, 619-866-5976 (fax)
                                        mjr@randazza.com
                                        Attorney for Plaintiff, Liberty Media Holdings

2
Declaration of Marc Randazza In Support of Motion for Alternate Service