1 | Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
2 | 3969 Fourth Avenue, Suite 204
San Diego, CA 92103
3 | 888-667-1113
305-437-7662 fax
4 | mjr@randazza.com

5 | Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MARCH, individually; PERRY SJOGREN, individually; DI S.A, a foreign corporation; RYOICHI WATANABE, an individual; MARK BURKE, an individual; JASON PHILLIPS, an individual; DAVID SMITH, an individual; ADRUSH MEDIA, a foreign corporation; NAMEVIEW, INC. a foreign corporation; MYCLICKTO.COM, a California corporation; and DOES 1-500<br><br>Defendants. | Case No. 10-CV-1809-WQH-BLM<br><br>**NOTICE OF SECOND MOTION AND SECOND MOTION FOR ALTERNATE SERVICE ON DEFENDANTS, RYOICHI WATANABE, JASON PHILLIPS, DAVID SMITH, AND ADRUSH MEDIA,** |

1. Plaintiff hereby gives notice of its motion for an Order permitting service of the Summons and Complaint on Defendants RYOICHI WATANABE, JASON PHILLIPS, DAVID SMITH, and ADRUSH MEDIA using alternate methods of service of process on these hidden foreign defendants pursuant to Fed. R. Civ. P., Rule 4(f)(3) and 4(h)(2), by means of email to the Defendants' last known valid email addresses.

2. This Motion is based upon the attached memorandum of points and authorities and supporting declarations.

1

Dated: January 7, 2011

Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com
Attorney for Plaintiff, Liberty Media Holdings