Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MARCH, individually; PERRY SJOGREN, individually; DI S.A, a foreign corporation; RYOICHI WATANABE, an individual; MARK BURKE, an individual; JASON PHILLIPS, an individual; DAVID SMITH, an individual; ADRUSH MEDIA, a foreign corporation; NAMEVIEW, INC. a foreign corporation; MYCLICKTO.COM, a California corporation; and DOES 1-500<br><br>Defendants. | Case No. 10-CV-1809-WQH-BLM<br><br>**DECLARATION OF ERIC GAPP IN SUPPORT OF SECOND MOTION FOR ALTERNATE SERVICE ON DEFENDANTS RYOICHI WATANABE, JASON PHILLIPS, DAVID SMITH, AND ADRUSH MEDIA** |

1.  I, Eric Gapp, declare under penalty of perjury as follows:

2.  I am the in-house paralegal for Plaintiff Liberty Media Holdings.

3.  The following is based upon personal knowledge and, if called upon, I could competently testify to the following facts.

4.  I have delivered the copies of the Notice of Lawsuit and Request for Waiver of Service, Waiver of Service, and Complaint to the subject defendants as follows:

    a. Ryoichi Watanabe via email at getbigfast2010@gmail.com on October 21, 2010;

    b. Jason Phillips via email at info@jasonphillips.co.uk on October 21, 2010;

1

      c.  Davis Smith via email parkdns@gmail.com on October 21, 2010;

      d.  Adrush Media via email at adrushmedia@gmail.com on September 8, 2010;

5.    Moreover, Ryoichi Watanabe has corresponded with Plaintiff from the getbigfast2010@gmail.com email address; Jason Phillips has corresponded with Plaintiff from the info@jasonphillips.co.uk email address; David Smith has corresponded with Plaintiff from the parkdns@gmail.com email address; and Adrush Media acknowledged the email to its adrushmedia@gmail.com address and subsequently transferred the corbin-fisher.com domain name to Plaintiff. See Exhibits 1 and 2 to Plaintiff's Motion.

Signed under penalty of perjury this __7__ day of January, 2011 in San Diego, California.

Eric Gapp