```
Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES MARCH, individually; PERRY SJOGREN, individually; DI S.A, a foreign corporation; RYOICHI WATANABE, an individual; JASON PHILLIPS, an individual; DAVID SMITH, an individual; ADRUSH MEDIA, a foreign corporation; NAMEVIEW, INC. a foreign corporation; MYCLICKTO.COM, a California corporation; and DOES 1-500<br><br>    Defendants. | Case No. 10-CV-1809-WQH-BLM<br><br>**DECLARATION OF MARC RANDAZZA IN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT FOR DEFENDANTS RYOICHI WATANABE, JASON PHILLIPS, DAVID SMITH, ADRUSH MEDIA, NAMEVIEW, INC.** |

I, Marc. J. Randazza, declare under penalty of perjury, as follows:

1. I am an attorney for the Plaintiff, duly licensed to practice law in Florida, Massachusetts, Arizona, and California. I have first-hand knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. This Declaration is filed in support of Plaintiff's Motion for Entry of Clerk's Default against Defendants Ryoichi Watanabe, Jason Phillips, David Smith, Adrush Media, and Nameview, Inc.

3. On August 31, 2011, Plaintiff filed a Complaint against multiple defendants, including Nameview, Inc. for trademark infringement and injunctive relief. ECF No. 1.

4.      On October 18, 2011, Plaintiff filed its First Amended Complaint adding defendants Ryoichi Watanabe, Jason Phillips, David Smith, and Adrush Media.  ECF No. 6.

5.      On November 19, 2010, Plaintiff served Defendant Nameview at its self-listed address in Canada with the Summons and First Amended Complaint.  ECF No. 29.

6.      On January 21, 2011, Plaintiff served Defendants Ryoichi Watanabe, Jason Phillips, David Smith, and Adrush Media with the Summons and First Amended Complaint via email pursuant to the Court's Order (No. 22).  ECF No. 25, 26, 27, and 28.

7.      Based on the service of the Summons and First Amended Complaint on Defendants, the date for them to plead or otherwise defend in response to the Amended Complaint has come and gone.  Nameview's answer became due on December 13, 2010, and the answers of Defendants Ryoichi Watanabe, Jason Phillips, David Smith, and Adrush Media became due on February 9, 2011.

8.      Defendants Ryoichi Watanabe, Jason Phillips, David Smith, Adrush Media, and Nameview, Inc. have failed to appear, answer or otherwise defend in the time allowed by law and are therefore in default.

9.      Notice of Plaintiff's intent to seek Entry of Default was sent to Defendant Nameview, Inc. via U.S. Mail on March 1, 2011.

9.      Notice of Plaintiff's intent to seek Entry of Default was sent to Defendants Ryoichi Watanabe, Jason Phillips, David Smith, Adrush Media via email at the email addresses approved in the Court's Order (ECF No. 22) on March 1, 2011.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this 4th day of March, 2011, in San Diego, California.

                                         s/ Marc Randazza

                                         Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113, 305-437-7662 (fax)
mjr@randazza.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically using this Court's CM/ECF system on March 4, 2011, which sent notice to Perry Sjogren's attorney of record. A copy has been sent via email to Defendants Mark Burk, Ryoichi Watanabe, Jason Phillips, David Smith, and Adrush Media. A copy has been mailed to Nameview, Inc. Plaintiff is unable to locate the remaining parties and thus is unable to serve them.

Dated: March 4, 2011                    Respectfully submitted,

                                        s/ Marc Randazza
                                        Marc J. Randazza, SBN 269535
                                        Randazza Legal Group
                                        3969 Fourth Avenue, Suite 204
                                        San Diego, CA 92103
                                        888-667-1113, 305-437-7662 (fax)
                                        mjr@randazza.com