Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
10620 Southern Highlands Pkwy. 110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES MARCH, individually; RYOICHI WATANABE, an individual; JASON PHILLIPS, an individual; DAVID SMITH, an individual; ADRUSH MEDIA, a foreign corporation; NAMEVIEW, INC. a foreign corporation; MYCLICKTO.COM, a California corporation; and DOES 1-500<br><br>　　　　Defendants. | Case No. 10-CV-1809-WQH-BLM<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS RYOICHI WATANABE, JASON PHILLIPS, DAVID SMITH, AND ADRUSH MEDIA**<br><br>**Hearing Date: September 6, 2011**<br>**Hearing Time: 11:00 am**<br>**Courtroom: 4**<br><br>**No Oral Argument Unless Requested by Court** |

　　　NOW COMES Plaintiff Liberty Media Holdings, LLC (Liberty), and respectfully files this motion for default judgment against Defendants Ryoichi Watanabe, Jason Phillips, David Smith, Adrush Media, and Nameview, Inc.  In support of its Motion, Plaintiff offers the attached Memorandum of Points and Authorities.

Dated: August 5, 2011　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/ Marc Randazza
　　　　　　　　　　　　　　　　　　　　　　Marc J. Randazza, SBN 269535
　　　　　　　　　　　　　　　　　　　　　　Randazza Legal Group
　　　　　　　　　　　　　　　　　　　　　　10620 Southern Highlands Pkwy. 110-454
　　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89141
　　　　　　　　　　　　　　　　　　　　　　888-667-1113, 305-437-7662 (fax)
　　　　　　　　　　　　　　　　　　　　　　mjr@randazza.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically using this Court's CM/ECF system on August 5, 2011, which sent notice to Perry Sjogren's attorney of record. A copy has been sent via email to Defendants Mark Burk, Ryoichi Watanabe, Jason Phillips, David Smith, and Adrush Media. A copy has been mailed to Nameview, Inc. Plaintiff is unable to locate the remaining parties and thus is unable to serve them.

Dated: August 5, 2011
Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113, 305-437-7662 (fax)
mjr@randazza.com