1  RANDAZZA LEGAL GROUP
   2 S. Biscayne Blvd., Suite 2600
2  Miami, Florida 33131-1815
   Telephone: (305) 479-2491
3  Facsimile: (305) 397-2772
   Marc J. Randazza (269535)
4  mjr@randazza.com
   Jason A. Fischer (275469)
5  jaf@randazza.com

6  *Attorneys for Plaintiff*
   LIBERTY MEDIA HOLDINGS, LLC
7

8                    **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DEVISION**

10                                         )
    LIBERTY MEDIA HOLDINGS, LLC            )  Case No. 3:10-cv-01809-WQH-BLM
11                                         )
         Plaintiff,                        )  **PLAINTIFF'S NOTICE**
12                                         )  **OF VOLUNTARY DISMISSAL OF**
    v.                                     )  **DEFENDANT NAMEVIEW, INC.**
13                                         )
    JAMES MARCH, et al.,                   )
14                                         )
         Defendants.                       )
15  _____)

16       Plaintiff, Liberty Media Holdings, LLC (hereinafter "LMH"), by and through its

17  undersigned counsel, respectfully files this Notice pursuant to Federal Rule of Civil Procedure

18  41(a)(1)(A)(i). Plaintiff LMH voluntarily dismisses with prejudice Defendant Nameview, Inc.,

19  from the above-captioned matter.

20  Dated: September 12, 2011                Respectfully submitted,

21                                           RANDAZZA LEGAL GROUP
                                             2 S. Biscayne Blvd., Suite 2600
22                                           Miami, Florida 33131-1815
                                             Telephone: (305) 479-2491
23                                           Facsimile: (305) 397-2772

24

      *s/Marc J. Randazza*
Marc J. Randazza (269535)
mjr@randazza.com
Jason A. Fischer (275469)
jaf@randazza.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing document was filed electronically using this Court's CM/ECF system on September 12, 2011, which shall provide notice hereof to all counsel of record.

      *s/Jason A. Fischer*