# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, a California Corporation,<br><br>                  Plaintiff,<br>vs.<br>RYOICHI WATANABE, an individual; JASON PHILLIPS, an individual; DAVID SMITH, an individual; JAMES MARCH, individually; DI S.A., a foreign corporation; ADRUSH MEDIA, a foreign corporation; MYCLICKTO.COM, a California corporation; and DOES 1-500,<br><br>                  Defendants. | CASE NO. 10cv1809 WQH (BLM)<br><br>ORDER |

HAYES, Judge:

      On August 31, 2010, Plaintiff filed the Complaint. (ECF No. 1). To date, proof of service has not been filed for Defendants James March, DI S.A., and Myclickto.com.

      Federal Rule of Civil Procedure 4 requires that a summons and complaint be served "within 120 days after the complaint is filed." Fed. R. Civ. P. 4(m). If a plaintiff fails to serve the summons and complaint within that time limit, the court may dismiss the action without prejudice after notice to the plaintiff. *Id.*

      This Order constitutes notice to Plaintiff that the Court will dismiss this action as to Defendants James March, DI S.A., and Myclickto.com without prejudice on or after **Monday, November 14, 2011,** unless, no later than that date, Plaintiff files either (1) proof that service of the summons and complaint was timely effectuated *or* (2) a declaration under penalty of

perjury showing good cause for failure to timely serve the Defendants James March, DI S.A., and Myclickto.com with the summons and complaint accompanied by a motion for leave to serve process outside of the 120 day period.

**IT IS SO ORDERED.**

DATED: November 4, 2011

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge