1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MARCH, individually; PERRY SJOGREN, individually; DI S.A, a foreign corporation; CORBINFISHERAW.COM, a Washington Corporation, CORBINFISHERRAW.COM, a Washington corporation; ABOVE.COM DOMAIN PRIVACY, a foreign corporation; DOMAINS BY PROXY, INC., an Arizona Corporation; PRIVACYPROTECT.ORG; ADRUSH MEDIA, a foreign corporation; NAMEVIEW, INC. a foreign corporation; MYCLICKTO.COM, a California corporation; WHOISPROTECTOR, INC., an Illinois corporation; DIRECT PRIVACY ID 826C9; WHOIS PRIVACY PROTECTION SERVICES, INC., a Washington Corporation; and DOES 1-500<br><br>Defendants. | Case No. 10-CV-1809-WQH-BLM<br><br>**DECLARATION OF ERIC GAPP IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO SERVE AND FOR EARLY DISCOVERY IN AID OF SERVICE** |

1

I, ERIC GAPP, under penalty of perjury do hereby declare:

1. I am over the age of 18 and am a resident of the State of California.

2. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3. I previously served as the in-house paralegal for Liberty Media Holdings, and I personally worked on the above captioned case.

4. I recall that when we filed the case, we were excited that Mr. March listed a Sacramento, CA address, as we determined that jurisdiction over him would not be difficult to establish.

5. Our excitement turned to disappointment when we discovered that his address, listed as 123 ABC Street was clearly a fake address.

6. Mr. Randazza, the attorney of record in this case, instructed me to hire an outside company to try and serve Mr. March.

7. I complied with this order, retaining One Legal to search for Mr. March. However, their search was unsuccessful, and we were not able to serve Mr. March, because his address given was fake, and they could not find another.

8. I additionally, at Mr. Randazza's direction, conducted searches for Mr. March using Lexis' "find a person" function. I was unsuccessful in finding Mr. March's address.

Dated: November 14, 2011 in San Diego, California.


/s/ EWG
ERIC W. GAPP