| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC A California Corporation | ) ) ) Case No. 10-CV-1809-WQH-BLM |
| Plaintiff, | ) ) **DECLARATION OF MARC J.** ) **RANDAZZA IN SUPPORT OF** |
| vs. | ) **PLAINTIFF'S *EX PARTE* MOTION FOR** ) **EXTENSION OF TIME TO SERVE AND** ) **FOR EARLY DISCOVERY IN AID OF** |
| JAMES MARCH, individually; PERRY SJOGREN, individually; DI S.A, a foreign corporation; CORBINFISHERAW.COM, a Washington Corporation, CORBINFISHERRAW.COM, a Washington corporation; ABOVE.COM DOMAIN PRIVACY, a foreign corporation; DOMAINS BY PROXY, INC., an Arizona Corporation; PRIVACYPROTECT.ORG; ADRUSH MEDIA, a foreign corporation; NAMEVIEW, INC. a foreign corporation; MYCLICKTO.COM, a California corporation; WHOISPROTECTOR, INC., an Illinois corporation; DIRECT PRIVACY ID 826C9; WHOIS PRIVACY PROTECTION SERVICES, INC., a Washington Corporation; and DOES 1-500 | ) **SERVICE** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

1

I, MARC J. RANDAZZA, under penalty of perjury do hereby declare:

1. I am over the age of 18 and am a resident of the State of Nevada.

2. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3. I am Counsel for the Plaintiff, Liberty Media Holdings, LLC.

4. Plaintiff has diligently sought to prosecute and serve all of the Defendants in the above-captioned case, by conducting online research and hiring an outside service company to assist.

5. Every Defendant that has been served traditionally or through alternative service has settled or been entered into default.

6. As shown in Document #6-2 filed with this Court as an exhibit to Plaintiff's First Amended Complaint, Defendant James March lists "123 ABC Lane; Sacramento, CA 99889" as his address. This has been determined to be a false address.

7. Plaintiff has attempted to locate other addresses or contact information for Defendant James March and has been unable to do so. As such, Plaintiff has been unable to effect service.

8. Early discovery should be sufficient to rectify the problem.

Dated: November 14, 2011 in Las Vegas, NV.

                                        Respectfully submitted,

                                        s/ Marc Randazza
                                        Marc J. Randazza, CA Bar No. 269535
                                        Randazza Legal Group
                                        6525 Warm Springs Rd., Suite 100
                                        Las Vegas, NV 89118
                                        888-667-1113
                                        619-866-5976 (fax)
                                        mjr@randazza.com